Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN 25 PM 4:00

BY _____ KMT _____ DEPUTY

TJRK, INC., a California corporation;
JOSEPH CHRISTENSON, an individual;
and PATRICIA CHRISTENSON, an individual
             vs   *Plaintiff*
SCOTT WAAGE, an individual;
THE WAAGE LAW FIRM, a California
professional corporation; JERRY
WAAGE, an individual; PROVERBIAL
INVESTMENTS, INC., an Iowa
corporation; ROBERT JENSEN, an individual;
INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS
COMPANY, nka AVIVA USA CORPORATION, an Iowa
corporation; and DOES 1 through 100, inclusive

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1140 JM RBB

TO: (Name and Address of Defendant) *Defendant*

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Marc S. Schechter (SBN 116190)/Susan L. Meter (SBN 236133)/Elizabeth M. Sales (SBN 250992)
Butterfield Schechter LLP
10616 Scripps Summit Court, Suite 200
San Diego, CA 92131

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                              JUN 25 2008

K. HAMMERLY                                         DATE
CLERK
(SEAL)

By _____ , Deputy Clerk

Summons in a Civil Action                                              Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)