1  MARC S. SCHECHTER, SBN 116190
   SUSAN L. METER, SBN 236133
2  ELIZABETH M. SALES, SBN 250992
   BUTTERFIELD SCHECHTER◆LLP
3  10616 Scripps Summit Court, Suite 200
   San Diego, California 92131
4  (858) 444-2300
   (858) 444-2345 Fax
5  e-mail: mschechter@bsllp.com
            smeter@bsllp.com
6           esales@bsllp.com

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TJRK, INC., a California corporation; JOSEPH CHRISTENSON, an individual; and PATRICIA CHRISTENSON, an individual, <br><br>Plaintiffs,<br><br>v.<br><br>SCOTT WAAGE, an individual; THE WAAGE LAW FIRM, a California professional corporation; JERRY WAAGE, an individual; PROVERBIAL INVESTMENTS, INC., an Iowa corporation; ROBERT JENSEN, an individual; INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, nka AVIVA USA CORPORATION, an Iowa corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 08-cv-1140 JM RBB<br><br>CORPORATE DISCLOSURE STATEMENT<br><br>Judge: Jeffrey T. Miller<br>Dept: Courtroom 16, Fifth Floor |

This Corporate Disclosure Statement is filed on behalf of TJRK, INC., in compliance with the provisions of: (check one)

☒   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate

1  party to a proceeding in a district court must file a statement that identifies any parent
2  corporation and any publicly held corporation that owns 10% or more of its stock or states
3  that there is no such corporation.

4  ☐   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of
5  alleged criminal activity is a corporation the government must file a statement identifying the
6  victim and the statement must also disclose the information required by Rule 12.4(a)(1).

7  The filing party hereby declares as follows:

8  ☒   No such corporation.

9  ☐   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed
10  below. (Attach additional pages if needed.)
11  _____Relationship_____

12  ☐   Publicly held corporation, not a party to the case, with a financial interest in the
13  outcome. List identity of corporation and the nature of financial interest. (Attach additional
14  pages if needed.)
15  _____Relationship_____

16  ☐   Other (please explain)
17  _____
18  _____

19  **A supplemental disclosure statement will be filed upon any change in the**
20  **information provided herein.**

21

22  Dated: July 2, 2008                         BUTTERFIELD SCHECHTER◆LLP

23                                              By: s/Marc S. Schechter
                                                    MARC S. SCHECHTER
24                                                  Attorneys for Plaintiffs
                                                    E-mail: mschechter@bsllp.com

25

26

27

28

BUTTERFIELD
SCHECHTER
◆ LLP

CORPORATE DISCLOSURE STATEMENT
CASE NO.: 08-cv-1140 JM RBB

00141449.WPD                          - 2 -