Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

TJRK, INC., a California corporation;
JOSEPH CHRISTENSON, an individual;
and PATRICIA CHRISTENSON, an individual *Plaintiff*

vs

SCOTT WAAGE, an individual;
THE WAAGE LAW FIRM, a California
professional corporation; JERRY
WAAGE, an individual; PROVERBIAL
INVESTMENTS, INC., an Iowa
corporation; ROBERT JENSEN, an individual;
INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS
COMPANY, nka AVIVA USA CORPORATION, an Iowa
corporation; and DOES 1 through 100, inclusive *Defendant*

**SUMMONS IN A CIVIL ACTION**
Case No. '08 CV 1140 JM RBB

TO: (Name and Address of Defendant)

Scott Waage
Suite 255
9255 Towne Centre Drive
San Diego, CA 92121

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Marc S. Schechter (SBN 116190)/Susan L. Meter (SBN 236133)/Elizabeth M. Sales (SBN 250992)
Butterfield Schechter LLP
10616 Scripps Summit Court, Suite 200
San Diego, CA 92131

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                            JUN 25 2008
_____                _____
CLERK                                            DATE
K. HAMMERLY

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 7/10/2008 at 10:36am |
| NAME OF SERVER Moses Acovera | TITLE Process Server |
| Check one box below to indicate appropriate method of service | |
| ☐ Served personally upon the defendant. Place where served: _____ | |
| ☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: | |
| Name of person with whom the summons and complaint were left: _____ | |
| ☐ Return unexecuted: | |
| ☒ Other (specify): By serving K. Swim (C, F, 5'8", 183lbs, Blonde Hair, 52yrs), person authorized to accept service on behalf of Scott Waage, an individual at 9255 Towne Centre Drive, 6th Floor, San Diego, CA 92121 | |

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL $0.00 | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:   07/15/08                    *Moses Acovera*
              Date                         Signature of Server

                                           2121 Fifth Avenue, #303, San Diego, CA 92101
                                           Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)