Heather L. Rosing, Bar No. 183986
Gregor A. Hensrude, Bar No. 226660
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
ghensrude@klinedinstlaw.com

Attorneys for Defendants
SCOTT WAAGE; THE WAAGE LAW
FIRM and ROBERT JENSEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TJRK, INC., a California corporation; JOSEPH CHRISTENSON, an individual; and PATRICIA CHRISTENSON, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>SCOTT WAAGE, an individual; THE WAAGE LAW FIRM, a California professional corporation; JERRY WAAGE, an individual; PROVERBIAL INVESTMENTS, INC., an Iowa corporation; ROBERT JENSEN, an individual; INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, nka AVIVA USA CORPORATION, an Iowa corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.    08-cv-1140 JM (RBB)<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:        Jeffrey T. Miller<br>Magistrate Judge:<br>Complaint Filed:  June 25, 2008<br>Trial Date:    None set |

Plaintiffs TJRK, INC., JOSEPH CHRISTENSON, and PATRICIA

CHRISTENSON ("Plaintiffs") and Defendants SCOTT WAAGE; THE WAAGE LAW

FIRM and ROBERT JENSEN ("Waage Defendants") hereby move as follows:

///

///

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

1    On June 25, 2008, Plaintiffs filed a Complaint against the Waage Defendants,

2    among others, before this Court.  It was served on the Waage Defendants on July 10,

3    2008.  Defense counsel was recently retained and received a copy of the complaint,

4    which they are currently evaluating.  As a result of the recent retention, the Waage

5    Defendant's counsel requires additional time to evaluate and respond to the Complaint on

6    behalf of the Waage Defendants.

7        Plaintiffs and the Waage Defendants therefore jointly move the Court to extend

8    the deadline for the Waage Defendants to file a responsive pleading to Wednesday,

9    August 13, 2008.

10       IT IS SO STIPULATED.

11                                          BUTTERFIELD SCHECHTER LLP

12

13   DATED: July 29, 2008            By:   /s/ Susan Meter
                                           SUSAN METER
14                                         Attorneys for Plaintiffs

15

16                                          KLINEDINST PC

17

18   DATED: July 29, 2008            By:   /s/ Gregor A. Hensrude
                                           GREGOR A. HENSRUDE
19                                         Attorneys for Defendants
                                           SCOTT WAAGE; THE WAAGE LAW
20                                         FIRM and ROBERT JENSEN

21   668158v1

22

23

24

25

26

27

28

- 2 -

1  Heather L. Rosing, Bar No. 183986
   Gregor A. Hensrude, Bar No. 226660
2  KLINEDINST PC
   501 West Broadway, Suite 600
3  San Diego, California 92101
   (619) 239-8131/FAX (619) 238-8707
4  ghensrude@klinedinstlaw.com

5  Attorneys for Defendants
   SCOTT WAAGE; THE WAAGE LAW
6  FIRM and ROBERT JENSEN

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  TJRK, INC., a California corporation;      Case No.    08-cv-1140 JM (RBB)
    JOSEPH CHRISTENSON, an
11  individual; and PATRICIA               **CERTIFICATE OF SERVICE**
    CHRISTENSON, an individual,
12                                          Date
                                            Time:
13             Plaintiffs,                  Courtroom:
                                            Judge:          Jeffrey T. Miller
14       v.                                 Magistrate Judge:
                                            Complaint Filed:  June 25, 2008
15  SCOTT WAAGE, an individual; THE         Trial Date:       None set
    WAAGE LAW FIRM, a California
16  professional corporation; JERRY
    WAAGE, an individual;
17  PROVERBIAL INVESTMENTS,
    INC., an Iowa corporation; ROBERT
18  JENSEN, an individual;
    INDIANAPOLIS LIFE INSURANCE
19  COMPANY, an AMERUS
    COMPANY, nka AVIVA USA
20  CORPORATION, an Iowa
    corporation; and DOES 1 through 100,
21  inclusive,

22             Defendants.

23

24

25

26

27

28

- 1 -

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

**KLINEDINST PC**
**501 WEST BROADWAY, STE. 600**
**SAN DIEGO, CALIFORNIA 92101**

1

**CERTIFICATE OF SERVICE**

2    STATE OF CALIFORNIA          )
                                 )
3    COUNTY OF SAN DIEGO          )

4        I declare that:

5        I am and was at the time of service of the papers herein, over the age of eighteen
     (18) years and am not a party to the action. I am employed in the County of San Diego,
6    California, and my business address is 501 West Broadway, Suite 600, San Diego,
     California 92101.

7
         On **July 29, 2008**, I caused to be served the following documents:
8
             **JOINT MOTION TO EXTEND TIME TO RESPOND TO**
9            **COMPLAINT**

10   ☐   **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United
         States mail, at San Diego, California, with postage thereon fully prepaid,
11       individually, addressed to the parties as indicated. I am readily familiar with the
         firm's practice of collection and processing correspondence in mailing. It is
12       deposited with the United States postal service each day and that practice was
         followed in the ordinary course of business for the service herein attested to. (Fed.
13       R. Civ. P. 5(b)(2)(B).)

14   ☐   **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by
         Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of
15       Service.

16   ☐   **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing
         document(s) to be transmitted (by facsimile # ) to each of the parties mentioned
17       above at the facsimile machine and as last given by that person on any document
         which he or she has filed in this action and served upon this office.

18

19   ☒   **BY ELECTRONIC FILING SERVICE:** Complying with Fed. R.Civ. P.
         5(b)(2)(D), my electronic business address is traymond@klinedinstlaw.com and I
20       caused such document(s) to be electronically served for the above-entitled case to
         those parties on the Service List below. The file transmission was reported
21       complete and a copy will be maintained with the original document(s) in our
         office.

22   ☐   **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the
         documents, in an envelop or package clearly labeled to identify the person being
23       served, to be personally served via Cal Express Attorney Service on the parties
         listed on the service list below at their designated business address.

24
         ☐    By personally delivering the copies;
25
         ☐    By leaving the copies at the attorney's office;
26
             ☐    With a receptionist, or with a person having charge thereof; or
27

28

**CERTIFICATE OF SERVICE**
08-cv-1140 JM (RBB)

1      ☐   In a conspicuous place in the office between the hours of _____ in
           the morning and five in the afternoon;

2      ☐   By leaving the copies at the individual's residence, a conspicuous place,
3          between the hours of eight in the morning, and six in the afternoon.

4      I declare that I am employed in the office of a member of the bar of this Court, at
5  whose direction the service was made.

| Marc S. Schechter, Esq. | 858-444-2300/FAX 858-444-2345 |
|---|---|
| Susan L. Meter, Esq. | Attorneys for Plaintiffs |
| Butterfield Schechter LLP | |
| 10616 Scripps Summit Court, Suite 200 | |
| San Diego, California 92131 | |

9      I am readily familiar with the firm's practice of collection and processing
correspondence for mailing. Under that practice, it would be deposited with the United
States Postal Service on that same day with postage thereon fully prepaid at San Diego,
California, in the ordinary course of business. I am aware that on motion of the party
served, service is presumed invalid if postal cancellation date or postage meter date is
more than one day after the date of deposit for mailing in affidavit.

      I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

      Executed on July 29, 2008, at San Diego, California.

                                        Tressa F. Raymond

668149v1

KLINEDINST PC
501 WEST BROADWAY, STE. 600
SAN DIEGO, CALIFORNIA 92101

- 3 -