Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

TJRK, INC., a California corporation;
JOSEPH CHRISTENSON, an individual;
and PATRICIA CHRISTENSON, an individual *Plaintiff*
vs
SCOTT WAAGE, an individual;
THE WAAGE LAW FIRM, a California
professional corporation; JERRY
WAAGE, an individual; PROVERBIAL
INVESTMENTS, INC., an Iowa
corporation; ROBERT JENSEN, an individual;
INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS
COMPANY, nka AVIVA USA CORPORATION, an Iowa
corporation; and DOES 1 through 100, inclusive *Defendant*

**SUMMONS IN A CIVIL ACTION**
Case No. **'08 CV 1140 JM RBB**

TO: (Name and Address of Defendant)

Proverbial Investments, Inc.
c/o Jerry Waage
15326 Horton Avenue
Urbandale, IA 50323

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Marc S. Schechter (SBN 116190)/Susan L. Meter (SBN 236133)/Elizabeth M. Sales (SBN 250992)
Butterfield Schechter LLP
10616 Scripps Summit Court, Suite 200
San Diego, CA 92131

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

JUN 25 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 7/25/2008 AT 7:00PM |
| NAME OF SERVER  Jeff Anderson | TITLE Process Server |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): By personally serving Jerry Waage on behalf of Proverbial Investments, Inc., an Iowa Corporation at 15326 Horton Avenue, Urbandale, IA 50323

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    07/30/08
                Date

Signature of Server

2121 Fifth Avenue, #303, San Diego, CA 92101
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)