NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEYS FOR PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Michael T. Hornak SBN 81936, mhornak@rutan.com
Lisa N. Neal SBN 205465, lneal@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, CA 92626 - Telephone 714-641-5100
ATTORNEYS FOR: Defendant and Counterclaimant, Indianapolis Life Insurance Company

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

HTJRK, INC., a California corporation; JOSEPH CHRISTENSON, an individual; and PATRICIA CHRISTENSON, an individual,

Plaintiff(s)

v.

SCOTT WAAGE, an individual; THE WAAGE LAW FIRM, a California professional corporation; JERRY WAAGE, an individual; PROVERBIAL INVESTMENTS, INC., an Iowa corporation; ROBERT JENSEN, an individual; INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, nka AVIVA USA CORPORATION, an Iowa corporation; and DOES 1 through 100, inclusive,

Defendant(s).

CASE NUMBER

08 CV 1140 JM RBB

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendant and Counterclaimant (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

PARTY
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| Indianapolis Life Insurance Company, an Amerus Company, nka Aviva USA Corporation, an Iowa corporation | Defendant |
| TJRK, Inc., a California Corporation | Plaintiff |
| Joseph Christenson, an individual | Plaintiff |
| Patricia Christenson, an individual | Plaintiff |
| Scott Waage, an individual | Defendant |
| The Waage Law Firm, a California professional corporation | Defendant |
| Jerry Waage, an individual | Defendant |
| Proverbial Investments, Inc., an Iowa corpration | Defendant |
| Robert Jensen, an individual | Defendant |

Date August 4, 2008

*/s/ Michael T. Hornak*
Sign
Michael T. Hornak

Indianapolis Life Insurance Company
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)

American LegalNet, Inc.
www.USCourtForms.com