UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TJRK, INC., a California corporation; JOSEPH CHRISTENSON, an individual; and PATRICIA CHRISTENSON, an individual,<br><br>   Plaintiffs,<br>v.<br><br>SCOTT WAAGE, an individual; THE WAAGE LAW FIRM, a California professional corporation, et al,<br><br>   Defendants. | Civil No. 08cv1140 JM(RBB)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT [Docket No. 8] |

　　　Upon the joint application of the parties and for good cause shown, the deadline for the Waage Defendants to file a responsive pleading is extended to Wednesday, August 13, 2008.

　　　IT IS SO ORDERED.

DATED: August 5, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

K:\COMMON\CHMB_MIL\_SIGNED ORDERS\8 5 2008\08cv1140_order to ext time 8-5-2008.wpd　　　　　　08cv1140