PETER L. GARCHIE, SB# 105122
  E-Mail: garchie@lbbslaw.com
KAREN L. ROGAN, SB# 235582
  E-Mail: rogan@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West "C" Street
Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

Attorneys for JERRY WAAGE and PROVERBIAL INVESTMENTS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TJRK, INC., a California corporation, JOSEPH CHRISTENSON, an individual; and PATRICIA CHRISTENSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT WAAGE, an individual; THE WAAGE LAW FIRM, a California professional corporation; JERRY WAAGE, an individual; PROVERBIAL INVESTMENTS, INC., an Iowa corporation; ROBERT JENSEN, an individual; INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, aka AVIVA USA CORPORATION, an Iowa corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 08 CV 1140 JM RBB<br><br>*EX PARTE* APPLICATION OF JERRY WAAGE RE: REQUEST TO APPEAR TELEPHONICALLY FOR EARLY NEUTRAL EVALUATION CONFERENCE AND DECLARATION OF KAREN ROGAN IN SUPPORT OF *EX PARTE* APPLICATION |

TO ALL PARTIES AND THERE ATTORNEYS OF RECORD:

Defendant Jerry Waage ("Defendant") respectfully requests that the Court permit Defendant to appear telephonically on behalf of himself and Defendant Proverbial Investments, Inc., for the Early Neutral Evaluation Conference ("ENE Conference") currently scheduled for August 27, 2008, at 8:30 a.m.

-1-

4834-6339-0722.1

EX PARTE APPLICATION OF JERRY WAAGE RE REQUEST TO APPEAR TELEPHONICALLY FOR EARLY NEUTRAL EVALUATION CONFERENCE AND DECLARATION

1  Defendants Jerry Waage and Proverbial Investments, Inc., were served with plaintiffs'
2  complaint on or about July 25, 2008, and have not yet filed an answer. The Notice and Order for
3  Early Neutral Evaluation Conference was issued by the Court on August 4, 2008 and was received
4  by Defendant on or about August 12, 2008. No demand has been made and to Defendant's
5  knowledge, there have been no settlement or case evaluation discussions between the parties.
6  Jerry Waage and Proverbial Investments, Inc., are residents of Iowa and will incur significant
7  expense to arrange for travel between Iowa and California on such short notice. Defendant is
8  however, able and willing to participate in the ENE Conference via telephone.

9  Notice of Defendant Jerry Waage's request to appear telephonically for the ENE
10 Conference was provided to counsel for plaintiffs via voicemail message on August 13, 2008. On
11 August 14, 2008, counsel for plaintiffs responded that plaintiffs object to a telephonic appearance
12 by Defendant at the ENE Conference because they believe that Defendant will not take the ENE
13 Conference as seriously as if he were physically present, and state that plaintiffs and remaining
14 defendants will be prejudiced by Defendant Jerry Waage's telephonic appearance. (See
15 Declaration of Karen Rogan In Support of Ex Parte Application filed concurrently herewith, at ¶
16 4.) Contrary to plaintiffs' objection, Defendant fully intends to participate in the ENE Conference
17 in good faith and to the same extent as if he were physically present. In addition, the prejudice
18 suffered will be bourn by Defendant Jerry Waage, not plaintiffs or the remaining defendants, as
19 Jerry Waage would be forced to incur significant costs for travel arrangements made on short
20 notice.
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

This request for Defendant to appear via telephone for the ENE Conference made in good faith and for good cause, based upon the increased costs to be incurred by Defendant for travel arrangements between Iowa and California due to short notice of the ENE Conference. This request is also based upon the fact that no demand has been made by plaintiffs' and therefore Defendant has insufficient information to fully and adequately evaluate the case at this time. Notwithstanding, Defendant will participate in the ENE Conference in good faith and this request is not made for purposes of delay or any other improper purpose. Defendant will be able to participate in the ENE Conference via telephone to the same extent if he were physically present.

DATED: August 15, 2008       LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Peter L. Garchie
Karen L. Rogan
Attorneys for JERRY WAAGE

# DECLARATION OF KAREN ROGAN IN SUPPORT OF EX PARTE APPLICATION OF JERRY WAAGE RE: REQUEST TO APPEAR TELEPHONICALLY FOR EARLY NEUTRAL EVALUATION CONFERENCE

I, Karen Rogan, hereby declare:

1.    I am an attorney at law licensed to practice before all courts of the State of California. I am an associate of Lewis Brisbois Bisgaard & Smith, LLP, the law firm currently representing defendants Jerry Waage and Proverbial Investments, Inc., in this matter. I have personal knowledge of the facts herein and if called to testify I could and would competently testify to the matters set forth herein.

2.    Good cause exists to permit Jerry Waage to appear via telephone for the Early Neutral Evaluation Conference scheduled for August 27, 2008. Defendant Jerry Waage was served with plaintiffs' complaint on or about July 25, 2008 and has not yet filed a response to plaintiffs' complaint. The Notice and Order for Early Neutral Evaluation Conference was issued by the Court on August 4, 2008. To date, no demand has been made and Defendant has no information beyond that contained in the complaint upon which to fully evaluate the case.

3.    Jerry Waage is a resident of Iowa and therefore will incur significant costs to travel from Iowa to California due to short notice of the Early Neutral Evaluation Conference.

4.    On August 13, 2008, I telephoned Susan Meter of Butterfield Schecter, counsel for plaintiffs, and left a voicemail advising Ms. Meter that Jerry Waage would be filing an *ex parte* application to the Court seeking permission for Jerry Waage to appear via telephone for the Early Neutral Evaluation on August 27, 2008, and to ask if plaintiffs were amenable to same. On August 14, 2008, I received an email message from Susan Meter stating that plaintiffs object to Jerry Waage's appearance for the Early Neutral Evaluation Conference by telephone. Plaintiffs believe that Mr. Waage will take the conference and any potential settlement discussions less seriously if he is not physically present and that plaintiffs and the remaining defendants will be prejudiced if Mr. Waage is permitted to appear by telephone.

5.  Contrary to plaintiffs' assertions, the appearance of Jerry Waage by telephone will not impede any potential settlement or case discussions at the Early Neutral Evaluation Conference as Mr. Waage will be able to participate in all discussions to the same extent whether he is on the telephone in Iowa or present in San Diego. Ex parte relief is warranted because Defendant will incur significant costs to arrange for summertime travel from Iowa to California to physically attend the Early Neutral Evaluation Conference, which was scheduled to take place less than one month after notice of same by the Court and without the benefit of knowing plaintiffs' demand or other information upon which to adequately evaluate the case.

I declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 15 day of August, 2008 at San Diego, California.

_____
Karen Rogan

| | |
|---|---|
| TJRK, INC., a California corporation, JOSEPH CHRISTENSON, an individual; and PATRICIA CHRISTENSON, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT WAAGE, an individual; THE WAAGE LAW FIRM, a California professional corporation; JERRY WAAGE, an individual; PROVERBIAL INVESTMENTS, INC., an Iowa corporation; ROBERT JENSEN, an individual; INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, aka AVIVA USA CORPORATION, an Iowa corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 08 CV 1140 JM RBB<br><br>ORDER GRANTING *EX PARTE* APPLICATION OF JERRY WAAGE TO APPEAR TELEPHONICALLY FOR EARLY NEUTRAL EVALUATION CONFERENCE |

Having considered Defendant Jerry Waage's *ex parte* application for an Order permitting his appearance by telephone at the Early Neutral Evaluation Conference on August 27, 2008, and finding that good cause exists:

/ / /

/ / /

-1-

-2-

IT IS HEREBY ORDERED that Defendant Jerry Waage's *ex parte* Application Re: Request to Appear Telephonically for Early Neutral Evaluation Conference is GRANTED.

Dated: _____

                                                     The Honorable Ruben B. Brooks
                                                     United States Magistrate Judge

# FEDERAL COURT PROOF OF SERVICE
File No. 08CV1140JMRBB
TJRK, INC., et al.v. Scott Waage, et al.

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 15, 2008, I served the following document(s):

EX PARTE APPLICATION OF JERRY WAAGE RE REQUEST TO APPEAR TELEPHONICALLY FOR EARLY NEUTRAL EVALUATION CONFERENCE AND DECLARATION OF KAREN ROGAIN IN SUPPORT OF EX PARTE APPLICATION

ORDER GRANTING EXPARTE APPLICATION OF JERRY WAAGE TO APPEAR TELEPHONICALLY FOR EARLY NEUTRAL EVALUATION CONFERENCE

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

> Marc S. Schecter, Esq
> Susan L. Meter, Esq.
> Butterfield Schecter
> 10616 Scripps Summit Court, Suite 200
> San Diego, CA 92131
>
> Michael T. Hornak, Esq.
> Rutan & Tucker LLP
> 611 Anton Blvd., 14th Floor
> Costa Mesa, CA 92626
>
> Heather L. Rosing, Esq.
> Gregor A. Hensrude, Esq.
> Klinedinst PC
> 501 West Broadway, Suite 500
> San Diego, CA 92101

The documents were served by the following means:

[ ]  (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X]  BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

4846-8000-1538.1

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 15, 2008, at San Diego, California.

                                                                          *[signature]*
Christine Jordan

4846-8000-1538.1