1  MARC S. SCHECHTER (State Bar No. 116190)
   SUSAN L. METER (State Bar No. 236133)
2  ELIZABETH M. SALES (State Bar No. 250992)
   Butterfield Schechter◆LLP
3  10616 Scripps Summit Court, Suite 200
   San Diego, California 92131
4  (858) 444-2300
   (858) 444-2345 Fax
5  E-mail:  mschechter@bsllp.com
            smeter@bsllp.com
6            esales@bsllp.com

7  Attorneys for Plaintiffs and Counterdefendant

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  TJRK, INC., a California corporation; | Case No.: 08-cv-1140 JM RBB |
| 11  JOSEPH CHRISTENSON, an individual; and PATRICIA CHRISTENSON, an individual, | OPPOSITION TO *EX PARTE* APPLICATION OF JERRY WAAGE RE: REQUEST TO |
| 12          Plaintiffs, | APPEAR TELEPHONICALLY FOR EARLY NEUTRAL EVALUATION CONFERENCE |
| 13     v. | AND DECLARATION OF MARC S. SCHECHTER IN SUPPORT OF |
| 14  SCOTT WAAGE, an individual; THE WAAGE LAW FIRM, a California | OPPOSITION TO EX PARTE APPLICATION |
| 15  professional corporation; JERRY WAAGE, an individual; PROVERBIAL INVESTMENTS, | |
| 16  INC., an Iowa corporation; ROBERT JENSEN, an individual; INDIANAPOLIS | |
| 17  LIFE INSURANCE COMPANY, an AMERUS COMPANY, nka AVIVA USA | |
| 18  CORPORATION, an Iowa corporation; and DOES 1 through 100, inclusive, | |
| 19          Defendants. | |
| 20 | |

| | |
|---|---|
| 21  INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, nka | |
| 22  AVIVA USA CORPORATION, an Iowa corporation; | |
| 23          Counterclaimant, | |
| 24     v. | |
| 25  TJRK, INC., a California corporation | |
| 26          Counterdefendant. | |
| 27 | |
| 28  /./././ | |

BUTTERFIELD
SCHECHTER
◆ LLP

{00143343.DOC}

## I.

## PRELIMINARY STATEMENT AND BACKGROUND

Plaintiffs TJRK, Inc., Joseph Christenson, and Patricia Christenson ("Plaintiffs") hereby oppose the *Ex Parte* Application of Jerry Waage Re: Request to Appear Telephonically For Early Neutral Evaluation Conference based on the following factual and legal arguments.

Defendants Jerry Waage and Proverbial Investments, Inc. ("Defendants") were personally served with Plaintiffs' Complaint on July 25, 2008. The Notice and Order for Early Neutral Evaluation Conference was issued by the Court on August 4, 2008. Defendants' *Ex Parte* Application states that they did not receive the Notice and Order for Early Neutral Evaluation Conference until August 12, 2008. On August 15, 2008, Defendants' filed the *Ex Parte* Application.

## II.

## ARGUMENT

### A.   Defendants' Ex Parte Application Should Not Be Granted Because Defendants Have Not Shown Good Cause For Their Attendance At the ENE To Be Excused

Defendant's Ex Parte Application should be denied because Defendants have not shown good cause for their attendance at the ENE to be excused. Rule 16.1(c) of the Local Rules of the United States District Court for the Southern District of California states:

> Attendance may be excused only for good cause shown and by permission of the court. Sanctions may be appropriate for an unexcused failure to attend.

In addition, the Notice and Order for Early Neutral Evaluation Conference issued by United States Magistrate Judge Ruben B. Brooks on August 4, 2008, states that "all parties . . . as well as the principal attorneys responsible for litigation, must be present and legally and factually prepared to discuss and resolve the case." (Not. and Order, p. 2:3-9)

### 1.   Defendants Have Not Shown Travel Costs Will Be Prohibitive

Defendants' *Ex Parte* Application should be denied because Defendants have not shown that the travel costs to San Diego for the ENE constitute good cause. Defendants assert that they "request for Defendant to appear via telephone for the ENE Conference [sic] made in

BUTTERFIELD
SCHECHTER
◆ LLP

{00143343.DOC}

OPP'N TO EX PARTE APPLICATION OF JERRY WAAGE RE REQUEST TO APPEAR TELEPHONICALLY
FOR ENE CONF AND DECL OF MARC SCHECHTER IN SUPPORT OF OPP'N

good faith and for good cause, based upon the increased costs to be incurred by Defendant for travel arrangements between Iowa and California due to short notice of the ENE Conference." (Defendant's Ex Parte Application p. 3:1-3). This means that Defendants are claiming that the costs to travel from Iowa to San Diego on August 27, 2008, a Wednesday, constitute good cause to excuse physical presence; however, Defendants did not allege any facts which substantiate their claim. In particular, Defendants did not even claim that the attendance of Defendants Jerry Waage and Proverbial Investments, Inc., would require more than one person to travel to the ENE. In fact, the *Ex Parte* Application specifically states that Jerry Waage will appear on behalf of himself and Defendant Proverbial Investments, Inc., which implies that travel arrangements need only be made for one individual. As of August 18, 2008, the cost of a flight for one person from Des Moines, Iowa, to San Diego California, when researched on the website www.orbitz.com, ranges from $400 to $500 round trip. (Decl. of Marc S. Schechter, p. 6:8-10.)

In addition, Defendants' *Ex Parte* Application as quoted in the previous paragraph states that good cause exists based upon the "increased costs to be incurred by Defendant for travel arrangements between Iowa and California"; however, mere **increased** costs should not constitute good cause if the **total cost** is not prohibitive. (Defendant's Ex Parte Application p. 3:1-3.)

Although case law is limited regarding this specific issue, a similar *ex parte* application to appear telephonically was denied by United States Magistrate Judge Jan M. Adler and upheld by District Judge John A. Houston in *United States v. $1,474,770.000 In U.S. Currency* where the defendant filed an *ex parte* motion to appear at the ENE telephonically because he was permanently out of the country. *United States v. $1,474,770.00 In U.S. Currency*, 538 F. Supp.2d 1298, 1300 (S.D. Cal. 2008). The defendant's *ex parte* application was denied and Judge Adler required his personal appearance despite his being out of the country permanently. Although the present case and *United States v. $1,474,770.000 In U.S. Currency* involve very different fact patterns and causes of action, the case still shows that distance and cost of travel have, in some circumstances, been insufficient reasons to grant an *ex parte* request to appear telephonically at an ENE.

BUTTERFIELD
SCHECHTER
◆ LLP

{00143343.DOC}

OPP'N TO EX PARTE APPLICATION OF JERRY WAAGE RE REQUEST TO APPEAR TELEPHONICALLY FOR ENE CONF AND DECL OF MARC SCHECHTER IN SUPPORT OF OPP'N

**2.  Defendants Additional Reasons Do Not Constitute Good Cause**

In addition to asserting that travel costs constitute good cause to not appear at the ENE, Defendants' *Ex Parte* Application states that "this request (to appear telephonically) is also based upon the fact that no demand has been made by Plaintiffs' [sic] and therefore, Defendant has insufficient information to fully and adequately evaluate the case at this time." This basis should not constitute good cause to be excused from attending the ENE because Judge Ruben B. Brooks' Notice and Order specifically states that "all parties . . . must be present and legally and factually prepared to discuss and resolve the case" and further provides that absent good cause shown, sanctions can be imposed if any party is "substantially unprepared to meaningfully participate in the settlement conference." (Notice and Order, p. 2:8-9, and p. 3:9-11.) The purpose of an ENE is to expedite the action, discourage wasteful pretrial activities, identify and narrow the issues, and facilitate settlement; therefore, Defendants' assertion that they do not need to attend the ENE because no demand has been made by Plaintiffs should not be considered good cause. In fact, Plaintiffs' Complaint specifically states the allegations made against Defendants and that Plaintiffs are seeking restitution damages which are stated in the Complaint. (Plaintiffs' Complaint p. 24:25-26 and p. 24:6-11.)

Furthermore, Defendants sell insurance in the state of California and receive revenue from residents of San Diego County.  In the present case, Plaintiffs allege that Defendants received a substantial amount of commissions from the sale of insurance to Plaintiffs which Plaintiffs seek to recover.  If the Defendants were able to avail themselves to San Diego for the purpose of benefiting from the sale of the insurance to Plaintiffs who are residents of San Diego County, Jerry Waage should be financially and otherwise able to appear in person at the ENE.  Jerry Waage should not be permitted to reap the benefits of selling insurance within this jurisdiction while at the same time be excused from personal appearance at the ENE because the increased cost of travel or because Plaintiffs have not made a demand.  In any event, Defendants' additional reasons in favor of their *Ex Parte* Application do not constitute good cause and should not weigh in favor of allowing Defendants to appear telephonically.

/./.

OPP'N TO EX PARTE APPLICATION OF JERRY WAAGE RE REQUEST TO APPEAR TELEPHONICALLY FOR ENE CONF AND DECL OF MARC SCHECHTER IN SUPPORT OF OPP'N

BUTTERFIELD SCHECHTER ◆ LLP

{00143343.DOC}

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### III.

### <u>CONCLUSION</u>

Defendants will not have to incur prohibitive costs to attend the ENE in person and the allegation that Plaintiffs have not made a specific demand or engaged in settlement discussions should not constitute good cause to excuse the attendance of Defendants Jerry Waage and Proverbial Investments, Inc. The purpose of an ENE is to expedite the action, discourage wasteful pretrial activities, identify and narrow the issues, and facilitate settlement. Plaintiffs respectfully submit that the best way to serve the purposes of an ENE is to have all parties and their counsel physically present at the ENE. For these reasons, Plaintiffs request that Defendants' *Ex Parte* Application be denied.

DATED: August 19, 2008            BUTTERFIELD SCHECHTER LLP


                                    By:   /s/Marc S. Schechter
                                          MARC S. SCHECHTER
                                          Attorneys for Plaintiffs and Counterdefendant
                                          mschechter@bsllp.com

BUTTERFIELD
SCHECHTER
◆ LLP

{00143343.DOC}

OPP'N TO EX PARTE APPLICATION OF JERRY WAAGE RE REQUEST TO APPEAR TELEPHONICALLY
FOR ENE CONF AND DECL OF MARC SCHECHTER IN SUPPORT OF OPP'N

**DECLARATION OF MARC S. SCHECHTER IN SUPPORT OF**

**OPPOSITION TO EX PARTE APPLICATION**

I, Marc S. Schechter, hereby declare as follows:

1.      I am a licensed attorney duly admitted to practice before this Court. I am a partner of Butterfield Schechter♦LLP, attorneys for Plaintiffs and Counterdefendant in this matter. I make this declaration of my personal knowledge, and if called as a witness I could and would testify competently to the facts stated herein.

2.      Attached to this Declaration as Exhibit A is a true and correct copy of a printout from the Orbitz website, www.orbitz.com, produced on August 18, 2008, which shows available flights from Des Moines, Iowa, to San Diego, leaving August 26, 2008, and returning August 28, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of August, 2008, at San Diego, California.

/s/Marc S. Schechter
MARC S. SCHECHTER

BUTTERFIELD
SCHECHTER
♦ LLP

{00143343.DOC}

OPP'N TO EX PARTE APPLICATION OF JERRY WAAGE RE REQUEST TO APPEAR TELEPHONICALLY
FOR ENE CONF AND DECL OF MARC SCHECHTER IN SUPPORT OF OPP'N

**CERTIFICATE OF SERVICE**

I, Marc S. Schechter, hereby declare:

On August 19, 2008, I caused the following document to be electronically served:

OPPOSITION TO EX PARTE APPLICATION OF JERRY WAAGE RE: REQUEST TO APPEAR TELEPHONICALLY FOR EARLY NEUTRAL EVALUATION CONFERENCE AND DECLARATION OF MARC S. SCHECHTER IN SUPPORT OF OPPOSITION TO EX PARTE APPLICATION

on the interested parties who have agreed to accept e-filing as effective service in this action by

filing this through the CM/ECF system to the following e-mail addresses:

ghensrude@klinedinstlaw.com

attorneys in this matter for Defendants Scott Waage, The Waage Law Firm, and Robert Jensen,

and;

mhornak@rutan.com

attorneys in this matter for Defendant and Counterclaimant Indianapolis Life Insurance

Company.

The above-referenced document the above-referenced documents by placing a true and

correct copy on the interested parties in this action by placing a true copy thereof, on the above

date, enclosed in a sealed envelope, following the ordinary business practice of Butterfield

Schechter LLP, for collection and mailing in the United States mail addressed as follows:

Peter L. Garchie, Esq.
Lewis Brisbois Bisgaard & Smith LLP
550 West C Street, Suite 800
San Diego, CA 92101

attorney in this matter for Defendants Jerry Waage and Proverbial Investments, Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Executed this 19th day of August, 2008, at San Diego, California.

/s/Marc S. Schechter
MARC S. SCHECHTER

BUTTERFIELD
SCHECHTER
◆ LLP

{00143343.DOC}



$189 CASH BACK to SONJA from NEW YOR

$44 CASH BACK to LAVERNE from FLORISSA

$219 CASH BACK to BARBARA from LAKEWC

$474 CASH BACK to ANA from ELK GROVE

Welcome to Orbitz.
Sign in  |  Register now
Site feedback

**MATRIX**

My Search

**NEW!**
**PRICE ASSURANCE**
Get our lowest fare
or an automatic
cash refund.

**Find flights by:**

| | nwa Northwest Airlines | US Airways | Delta Air Lines | Continental Airlines | Midwest Airlines | American Airlines | Uni Airli |
|---|---|---|---|---|---|---|---|
| Airline | | | | | | | |
| Stops  Price | | | | | | | |
| **Non-stop** | | | | | | | |
| **1 stop** | $366 total $414 | $365 total $414 | $365 total $414 | $406 total $445 | | $536 total $584 | $5 total |
| **2+ stops** | $414 total $466 | | | $529 total $581 | | | |

Fares are per person in US dollars, using e-tickets. Total fare includes all taxes and fees .
Additional baggage charges may apply.
Some itineraries require paper tickets with an additional charge. Changes after purchase are subject t

**Sort flights by:**    **Lowest price**     **Departure time**     **Shortest flight**

Showing **lowest priced flights** (45 flights out of 136 total)                    See all 136 flights

| Select | **$366** + $48 taxes & fees = **$414** per person | Price Assurance |
|---|---|---|

| Leave | **Tue, Aug 26** | **Northwest Airlines 3478** | Choose this departure |
|---|---|---|---|
| nwa | Depart: **5:00am** Arrive: **6:10am** | operated by Mesaba Aviation Des Moines, IA (DSM) Minneapolis, MN (MSP) | |
| | **1 stop** | Economy | 1hr 10min | Canadair 900 | View seats | |

**Change planes.** Time between flights: **3hr 5min**

| nwa | Depart: **9:15am** Arrive: **11:00am** | **Northwest Airlines 189** Minneapolis, MN (MSP) San Diego, CA (SAN) | |
|---|---|---|---|
| | | Economy | 3hr 45min | Airbus A320 | View seats Total duration: 8hr 0min | |

| Return | **Thu, Aug 28** Depart: **2:10pm** Arrive: **7:45pm** | **Northwest Airlines 188** San Diego, CA (SAN) Minneapolis, MN (MSP) | Choose this return |
|---|---|---|---|
| nwa | **1 stop** | Economy | 3hr 35min | Airbus A320 | View seats | |

**Change planes.** Time between flights: **2hr 50min**

ʼnwa

**Northwest Airlines 4772**
**operated by Pinnacle Airlines**
Minneapolis, MN (MSP)
Des Moines, IA (DSM)

Depart: **10:35pm**
Arrive: **11:50pm**

Economy | 1hr 15min | Canadair | View seats
Total duration: 7hr 40min

---

**Act fast!** Only [ **4 tickets** ] left at this price!

Select | $365 + $49 taxes & fees = $414 per person | Price Assurance

Leave | **Tue, Aug 26** | **Delta Air Lines 5468** | Choose this departure

Depart: **11:30am**
Arrive: **2:08pm**

**operated by Comair, Inc**
Des Moines, IA (DSM)
Cincinnati, OH (CVG)

**1 stop** | Economy | 1hr 38min | Canadair | View seats

**Change planes.** Time between flights: **2hr 42min**

**Delta Air Lines 1209**
Cincinnati, OH (CVG)
San Diego, CA (SAN)

Depart: **4:50pm**
Arrive: **6:09pm**

Economy | 4hr 19min | Boeing 737 | View seats
Total duration: 8hr 39min

Return | **Thu, Aug 28** | **Delta Air Lines 826** | Choose this return
Depart: **10:55am**
Arrive: **6:25pm**
San Diego, CA (SAN)
Atlanta, GA (ATL)

**1 stop** | Economy | 4hr 30min | Boeing 757 | View seats

**Change planes.** Time between flights: **1hr 41min**

**Delta Air Lines 4574**
**operated by Atlantic Southeast**
Atlanta, GA (ATL)
Des Moines, IA (DSM)

Depart: **8:06pm**
Arrive: **9:21pm**

Economy | 2hr 15min | Canadair | View seats
Total duration: 8hr 26min

---

**Act fast!** Only [ **4 tickets** ] left at this price!

Select | $365 + $49 taxes & fees = $414 per person | Price Assurance

Leave | **Tue, Aug 26** | **US Airways 2968** | Choose this departure
**operated by US Airways Express - Mesa Airlines**
Depart: **2:50pm**
Arrive: **3:49pm**
Des Moines, IA (DSM)
Phoenix, AZ (PHX)

**1 stop** | Economy | 2hr 59min | Canadair 900 | View seats

**Change planes.** Time between flights: **1hr 16min**

**US Airways 1511**
Phoenix, AZ (PHX)
San Diego, CA (SAN)

Depart: **5:05pm**
Arrive: **6:14pm**

Economy | 1hr 9min | Airbus A321 | View seats
Total duration: 5hr 24min

Orbitz: Flight Search Results

**Return** ▲ | **Thu, Aug 28**<br>Depart: **10:55am**<br>Arrive: **6:25pm** | **Delta Air Lines 826**<br>San Diego, CA (SAN)<br>Atlanta, GA (ATL) | Choose<br>this return

**1 stop**    Economy | 4hr 30min | Boeing 757 | View seats

**Change planes.** Time between flights: **1hr 41min**

▲ | Depart: **8:06pm**<br>Arrive: **9:21pm** | **Delta Air Lines 4574**<br>**operated by Atlantic Southeast**<br>Atlanta, GA (ATL)<br>Des Moines, IA (DSM)

Economy | 2hr 15min | Canadair | View seats<br>Total duration: 8hr 26min

---

**Select**    **$406** + $39 taxes & fees = **$445** per person     Price Assurance

**Leave** | **Tue, Aug 26**<br>Depart: **6:35am**<br>Arrive: **8:57am** | **Continental Airlines 2584**<br>**operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS**<br>Des Moines, IA (DSM)<br>Houston, TX (IAH) | Choose<br>this<br>departure

**1 stop**    Economy | 2hr 22min | Embraer RJ135-145 | View<br>seats

**Change planes.** Time between flights: **0hr 43min**

Depart: **9:40am**<br>Arrive: **10:52am** | **Continental Airlines 739**<br>Houston, TX (IAH)<br>San Diego, CA (SAN)

Economy | 3hr 12min | Boeing 737 | View seats<br>Total duration: 6hr 17min

**Return** | **Thu, Aug 28**<br>Depart: **11:45am**<br>Arrive: **5:03pm** | **Continental Airlines 374**<br>San Diego, CA (SAN)<br>Houston, TX (IAH) | Choose<br>this return

**1 stop**    Economy | 3hr 18min | Boeing 737 | View seats

**Change planes.** Time between flights: **3hr 22min**

Depart: **8:25pm**<br>Arrive: **10:47pm** | **Continental Airlines 2568**<br>**operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS**<br>Houston, TX (IAH)<br>Des Moines, IA (DSM)

Economy | 2hr 22min | Embraer RJ135-145 | View<br>seats<br>Total duration: 9hr 2min

---

**Select**    **$406** + $39 taxes & fees = **$445** per person     Price Assurance

**Leave** | **Tue, Aug 26**<br>Depart: **6:35am**<br>Arrive: **8:57am** | **Continental Airlines 2584**<br>**operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS**<br>Des Moines, IA (DSM)<br>Houston, TX (IAH) | Choose<br>this<br>departure

**1 stop**    Economy | 2hr 22min | Embraer RJ135-145 | View<br>seats

**Change planes.** Time between flights: **1hr 45min**

Depart: **10:42am**<br>Arrive: **11:53am** | **Continental Airlines 409**<br>Houston, TX (IAH)<br>San Diego, CA (SAN)

Economy | 3hr 11min | Boeing 737 | View seats

Orbitz: Flight Search Results

| Return | **Thu, Aug 28**<br>Depart: **11:45am**<br>Arrive: **5:03pm** | **Continental Airlines 374**<br>San Diego, CA (SAN)<br>Houston, TX (IAH) | Choose<br>this return |
| | **1 stop** | Economy │ 3hr 18min │ Boeing 737 │ View seats | |
| | | **Change planes. Time between flights: 3hr 22min** | |
| | Depart: **8:25pm**<br>Arrive: **10:47pm** | **Continental Airlines 2568**<br>operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS<br>Houston, TX (IAH)<br>Des Moines, IA (DSM) | |
| | | Economy │ 2hr 22min │ Embraer RJ135-145 │ View seats<br>Total duration: 9hr 2min | |

---

**Select**    **$406** + $39 taxes & fees = **$445** per person    $ Price Assurance

| Leave | **Tue, Aug 26**<br>Depart: **6:35am**<br>Arrive: **8:57am** | **Continental Airlines 2584**<br>operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS<br>Des Moines, IA (DSM)<br>Houston, TX (IAH) | Choose<br>this<br>departure |
| | **1 stop** | Economy │ 2hr 22min │ Embraer RJ135-145 │ View seats | |
| | | **Change planes. Time between flights: 3hr 58min** | |
| | Depart: **12:55pm**<br>Arrive: **2:03pm** | **Continental Airlines 738**<br>Houston, TX (IAH)<br>San Diego, CA (SAN) | |
| | | Economy │ 3hr 8min │ Boeing 737 │ View seats<br>Total duration: 9hr 28min | |
| Return | **Thu, Aug 28**<br>Depart: **11:45am**<br>Arrive: **5:03pm** | **Continental Airlines 374**<br>San Diego, CA (SAN)<br>Houston, TX (IAH) | Choose<br>this return |
| | **1 stop** | Economy │ 3hr 18min │ Boeing 737 │ View seats | |
| | | **Change planes. Time between flights: 3hr 22min** | |
| | Depart: **8:25pm**<br>Arrive: **10:47pm** | **Continental Airlines 2568**<br>operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS<br>Houston, TX (IAH)<br>Des Moines, IA (DSM) | |
| | | Economy │ 2hr 22min │ Embraer RJ135-145 │ View seats<br>Total duration: 9hr 2min | |

---

**Select**    **$406** + $39 taxes & fees = **$445** per person    $ Price Assurance

| Leave | **Tue, Aug 26**<br>Depart: **6:35am**<br>Arrive: **8:57am** | **Continental Airlines 2584**<br>operated by EXPRESSJET AIRLINES INC DBA CO EXPRESS<br>Des Moines, IA (DSM)<br>Houston, TX (IAH) | Choose<br>this<br>departure |
| | **1 stop** | Economy │ 2hr 22min │ Embraer RJ135-145 │ View seats | |
| | | **Change planes. Time between flights: 0hr 43min** | |
| | Depart: **9:40am** | **Continental Airlines 739**<br>Houston, TX (IAH) | |