1  MARC S. SCHECHTER (State Bar No. 116190)
   SUSAN L. METER (State Bar No. 236133)
2  ELIZABETH M. SALES (State Bar No. 250992)
   Butterfield Schechter◆LLP
3  10616 Scripps Summit Court, Suite 200
   San Diego, California 92131
4  (858) 444-2300
   (858) 444-2345 Fax
5  E-mail:  mschechter@bsllp.com
            smeter@bsllp.com
6           esales@bsllp.com

7  Attorneys for Plaintiffs and Counterdefendant

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TJRK, INC., a California corporation; JOSEPH CHRISTENSON, an individual; and PATRICIA CHRISTENSON, an individual, | Case No.: 08-cv-1140 JM RBB<br><br>NOTICE OF ASSOCIATION OF COUNSEL |
| Plaintiffs, | |
| v. | |
| SCOTT WAAGE, an individual; THE WAAGE LAW FIRM, a California professional corporation; JERRY WAAGE, an individual; PROVERBIAL INVESTMENTS, INC., an Iowa corporation; ROBERT JENSEN, an individual; INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, nka AVIVA USA CORPORATION, an Iowa corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |
| INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, nka AVIVA USA CORPORATION, an Iowa corporation; | |
| Counterclaimant, | |
| v. | |
| TJRK, INC., a California corporation | |
| Counterdefendant. | |

28  /././

BUTTERFIELD
SCHECHTER
◆ LLP

{00143395.DOC}

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mark B. Simowitz, Esq., Law Offices of Mark B Simowitz, 10190 Telesis Court, San Diego, CA 92121, (858) 457-9998 has associated into this matter on behalf of all Plaintiffs and Counterdefendant in the above-entitled action.

DATED: August 19, 2008        BUTTERFIELD SCHECHTER LLP

By:  s/Susan L. Meter
     SUSAN L. METER
     Attorneys for Plaintiffs and Counterdefendant
     TJRK, Inc.
     smeter@bsllp.com

I accept the above association.

DATED: August 19, 2008        By:  s/Mark B. Simowitz
                                   MARK B. SIMOWITZ
                                   Attorneys for Plaintiffs and Counterdefendant
                                   TJRK, Inc.

**CERTIFICATE OF SERVICE**

I, Susan L. Meter, hereby declare:

On August 19, 2008, I caused the following document to be electronically served:

• NOTICE OF ASSOCIATION OF COUNSEL

on the interested parties who have agreed to accept e-filing as effective service in this action by filing this through the CM/ECF system to the following e-mail addresses:

ghensrude@klinedinstlaw.com                    mhornak@rutan.com

who are the attorneys for Defendants in this matter.

The above-referenced document the above-referenced documents by placing a true and correct copy on the interested parties in this action by placing a true copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Butterfield Schechter LLP, for collection and mailing in the United States mail addressed as follows:

Peter L. Garchie, Esq.
Lewis Brisbois Bisgaard & Smith LLP
550 West C Street, Suite 800
San Diego, CA 92101

who is the attorney for Defendants Jerry Waage and Proverbial Investments, Inc. in this matter; and

Mark B. Simowitz, Esq.
10190 Telesis Court
San Diego, CA 92121

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 19, 2008, at San Diego, California.

DATED: August 19, 2008              s/Susan L. Meter
                                    SUSAN L. METER

BUTTERFIELD
SCHECHTER
♦ LLP

{00143395.DOC}