MARC S. SCHECHTER (State Bar No. 116190)
SUSAN L. METER (State Bar No. 236133)
ELIZABETH M. SALES (State Bar No. 250992)
Butterfield Schechter◆LLP
10616 Scripps Summit Court, Suite 200
San Diego, California 92131
(858) 444-2300
(858) 444-2345 Fax
E-mail:  mschechter@bsllp.com
        smeter@bsllp.com
        esales@bsllp.com

Attorneys for Plaintiffs and Counterdefendant

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TJRK, INC., a California corporation; JOSEPH CHRISTENSON, an individual; and PATRICIA CHRISTENSON, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SCOTT WAAGE, an individual; THE WAAGE LAW FIRM, a California professional corporation; JERRY WAAGE, an individual; PROVERBIAL INVESTMENTS, INC., an Iowa corporation; ROBERT JENSEN, an individual; INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, nka AVIVA USA CORPORATION, an Iowa corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 08-cv-1140 JM RBB<br><br>JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS JERRY WAAGE AND PROVERBIAL INVESTMENTS, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT (FIRST REQUEST) |
| INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, nka AVIVA USA CORPORATION, an Iowa corporation;<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>TJRK, INC., a California corporation<br><br>　　　　Counterdefendant. | |

/././

Plaintiffs TJRK, INC., JOSEPH CHRISTENSON, and PATRICIA CHRISTENSON ("Plaintiffs") and Defendants JERRY WAAGE ("J. Waage") and PROVERBIAL INVESTEMENTS, INC. ("Proverbial") hereby submit this Joint Motion for Extension of Time for Defendants J. Waage and Proverbial to Answer or Otherwise Respond to Plaintiffs' Complaint (FIRST REQUEST) and, in support thereof, aver as follows:

1. On June 25, 2008, Plaintiffs filed their Complaint against J. Waage and Proverbial among other Defendants.

2. On July 25, 2008, counsel for Plaintiffs served Defendants J. Waage and Proverbial with the Complaint, thereby requiring Defendants J. Waage and Proverbial to respond to the Complaint by August 14, 2008.

3. Plaintiffs have agreed to extend the time for which Defendants J. Waage and Proverbial have to respond to the Complaint until August 26, 2008. This is the first extension requested by J. Waage and Proverbial.

WHEREFORE, Plaintiffs and Defendants J. Waage and Proverbial respectfully request this Court grant this Joint Motion for Extension of Time for Defendants Jerry Waage and Proverbial Investments, Inc. to Answer or Otherwise Respond to Plaintiffs' Complaint.

DATED: August 14, 2008          BUTTERFIELD SCHECHTER LLP

                                By:  s/Susan L. Meter
                                     SUSAN L. METER
                                     Attorneys for Plaintiffs and Counterdefendant
                                     TJRK, Inc.
                                     smeter@bsllp.com

DATED: August 14, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By:  s/Peter L. Garchie
                                     PETER L. GARCHIE
                                     Attorneys for Defendants Jerry Waage and
                                     Proverbial Investments, Inc.
                                     garchie@lbbslaw.com

# CERTIFICATE OF SERVICE

I, Susan L. Meter, hereby declare:

On August 20, 2008, I caused the following document to be electronically served:

- JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS JERRY WAAGE AND PROVERBIAL INVESTMENTS, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT (FIRST REQUEST)

on the interested parties who have agreed to accept e-filing as effective service in this action by filing this through the CM/ECF system to the following e-mail addresses:

ghensrude@klinedinstlaw.com

attorneys in this matter for Defendants Scott Waage, The Waage Law Firm, and Robert Jensen, and;

mhornak@rutan.com

attorneys in this matter for Defendant and Counterclaimant Indianapolis Life Insurance Company.

The above-referenced document the above-referenced documents by placing a true and correct copy on the interested parties in this action by placing a true copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Butterfield Schechter LLP, for collection and mailing in the United States mail addressed as follows:

Peter L. Garchie, Esq.
Lewis Brisbois Bisgaard & Smith LLP
550 West C Street, Suite 800
San Diego, CA 92101

attorney in this matter for Defendants Jerry Waage and Proverbial Investments, Inc.; and

Mark B. Simowitz, Esq.
10190 Telesis Court
San Diego, CA 92121

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 20, 2008, at San Diego, California.

DATED: August 20, 2008         s/Susan L. Meter
                               SUSAN L. METER

{00143162.DOC}