MARC S. SCHECHTER (State Bar No. 116190)
SUSAN L. METER (State Bar No. 236133)
ELIZABETH M. SALES (State Bar No. 250992)
Butterfield Schechter◆LLP
10616 Scripps Summit Court, Suite 200
San Diego, California 92131
(858) 444-2300
(858) 444-2345 Fax
E-mail:  mschechter@bsllp.com
        smeter@bsllp.com
        esales@bsllp.com

Attorneys for Counterdefendant TJRK, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TJRK, INC., a California corporation; JOSEPH CHRISTENSON, an individual; and PATRICIA CHRISTENSON, an individual,<br><br>            Plaintiffs,<br><br>      v.<br><br>SCOTT WAAGE, an individual; THE WAAGE LAW FIRM, a California professional corporation; JERRY WAAGE, an individual; PROVERBIAL INVESTMENTS, INC., an Iowa corporation; ROBERT JENSEN, an individual; INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, nka AVIVA USA CORPORATION, an Iowa corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants.<br><br>INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, nka AVIVA USA CORPORATION, an Iowa corporation;<br><br>            Counterclaimant,<br><br>      v.<br><br>TJRK, INC., a California corporation<br><br>            Counterdefendant. | Case No.: 08-cv-1140 JM RBB<br><br>JOINT MOTION FOR EXTENSION OF TIME FOR COUNTERDEFENDANT TJRK, INC. TO ANSWER OR OTHERWISE RESPOND TO COUNTERCLAIMANT INDIANAPOLIS LIFE INSURANCE COMPANY'S COUNTERCLAIM (FIRST REQUEST) |

/././

BUTTERFIELD
SCHECHTER
◆ LLP

{00143238.DOC}

Counterdefendant TJRK, INC. ("TJRK") and Counterclaimant INDIANAPOLIS LIFE INSURANCE COMPANY ("Indianapolis Life") hereby submit this Joint Motion for Extension of Time for TJRK, Inc. to Answer or Otherwise Respond to Indianapolis Life's Counterclaim (FIRST REQUEST) and, in support thereof, aver as follows:

1. On August 4, 2008, Indianapolis Life filed their Counterclaim against TJRK.

2. Indianapolis Life has agreed to extend the time for which TJRK has to respond to the Counterclaim to August 29, 2008.  This is the first extension requested by TJRK.

WHEREFORE, Indianapolis Life and TJRK respectfully request this Court grant this Joint Motion for Extension of Time for Counterdefendant TJRK, Inc. to Answer or Otherwise Respond to Counterclaimant Indianapolis Life Insurance Company's Counterclaim.

DATED: August 20, 2008    BUTTERFIELD SCHECHTER LLP

By:  s/Susan L. Meter
SUSAN L. METER
Attorneys for Counterdefendant TJRK, Inc.
smeter@bsllp.com

RUTAN & TUCKER LLP

DATED: August 20, 2008

By:  s/Michael T. Hornak
MICHAEL T. HORNAK
Attorneys for Counterclaimant Indianapolis Life Insurance Company
mhornak@rutan.com

BUTTERFIELD
SCHECHTER
◆ LLP

{00143238.DOC}

- 2 -
JOINT MOTION FOR EXTENSION OF TIME
Case No.: 08-cv-1140 JM RBB

**CERTIFICATE OF SERVICE**

I, Susan L. Meter, hereby declare:

On August 20, 2008, I caused the following document to be electronically served:

JOINT MOTION FOR EXTENSION OF TIME FOR COUNTERDEFENDANT TJRK, INC. TO ANSWER OR OTHERWISE RESPOND TO COUNTERCLAIMANT INDIANAPOLIS LIFE INSURANCE COMPANY'S COUNTERCLAIM (FIRST REQUEST)

on the interested parties who have agreed to accept e-filing as effective service in this action by filing this through the CM/ECF system to the following e-mail addresses:

ghensrude@klinedinstlaw.com

attorneys in this matter for Defendants Scott Waage, The Waage Law Firm, and Robert Jensen, and;

mhornak@rutan.com

attorneys in this matter for Defendant and Counterclaimant Indianapolis Life Insurance Company.

The above-referenced document the above-referenced documents by placing a true and correct copy on the interested parties in this action by placing a true copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Butterfield Schechter LLP, for collection and mailing in the United States mail addressed as follows:

Peter L. Garchie, Esq.
Lewis Brisbois Bisgaard & Smith LLP
550 West C Street, Suite 800
San Diego, CA 92101

attorney in this matter for Defendants Jerry Waage and Proverbial Investments, Inc.; and

Mark B. Simowitz, Esq.
10190 Telesis Court
San Diego, CA 92121

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 20, 2008, at San Diego, California.

DATED: August 20, 2008           s/Susan L. Meter
                                 SUSAN L. METER