1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   TJRK, INC., a California      )   Civil No. 08cv1140 JM(RBB)
     corporation; JOSEPH           )
12   CHRISTENSON, an individual;   )   ORDER DENYING EX PARTE
     PATRICIA CHRISTENSON, an      )   APPLICATION OF JERRY WAAGE TO
13   individual,                   )   APPEAR TELEPHONICALLY FOR
                                    )   EARLY NEUTRAL EVALUATION
14              Plaintiffs,         )   CONERENCE
                                    )
15   v.                            )
                                    )
16   SCOTT WAAGE, an individual; THE )
     WAAGE LAW FIRM, a California   )
17   professional corporation; JERRY )
     WAAGE, an individual;         )
18   PROVERBIAL INVESTMENTS, INC.,  )
     an Iowa corporation; ROBERT    )
19   JENSEN, an individual;        )
     INDIANAPOLIS LIFE INSURANCE    )
20   COMPANY, an AMERUS COMPANY, nka )
     AVIVA USA CORPORATION, an Iowa )
21   corporation; DOES 1-100       )
     inclusive,                    )
22                                  )
                Defendants.         )
23   _____ )
                                    )
24   AND RELATED COUNTERCLAIM.      )
     _____ )
25

26       On August 15, 2008, Defendant Jerry Waage filed an Ex Parte

27   Application for an Order permitting his appearance by telephone at

28   the Early Neutral Evaluation Conference on August 27, 2008.  The

                                    1

1  Plaintiff and Counterdefendant filed an Opposition on August 19,

2  2008.

3      After reviewing the Application and Opposition, Defendant

4  Jerry Waage's Ex Parte Application Re: Request to Appear

5  Telephonically for Early Neutral Evaluation Conference is DENIED.

6      Good cause to excuse his personal appearance has not been

7  established.

8  IT IS SO ORDERED.

9

10  Dated: August 20, 2008

11                                      The Honorable Ruben B. Brooks
                                        United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                2                    08cv1140 JM(RBB)