# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TJRK, INC., a California corporation; JOSEPH CHRISTENSON, an individual; and PATRICIA CHRISTENSON, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCOTT WAAGE, an individual; THE WAAGE LAW FIRM, a California professional corporation; JERRY WAAGE, an individual; PROVERBIAL INVESTMENTS, INC., an Iowa corporation; ROBERT JENSEN, an individual; INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, nka AVIVA USA CORPORATION, an Iowa corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 08-cv-1140 JM RBB<br><br>ORDER |
| INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, nka AVIVA USA CORPORATION, an Iowa corporation;<br><br>    Counterclaimant,<br><br>    v.<br><br>TJRK, INC., a California corporation<br><br>    Counterdefendant. | |

/./././

/./././

{00143171.DOC}

ORDER

1   Pursuant to the Joint Motion for Extension of Time for Defendants Jerry Waage and
2   Proverbial Investments, Inc. to Answer or Otherwise Respond to Plaintiffs' Complaint (FIRST
3   REQUEST), the Court hereby orders that the time for Defendants Jerry Waage and Proverbial
4   Investments, Inc., to answer or otherwise respond to Plaintiffs' complaint is extended until
5   August 26, 2008.
6   IT IS SO ORDERED.
7   DATED: August 21, 2008

HONORABLE JEFFREY T. MILLER
DISTRICT COURT JUDGE