# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TJRK, INC., a California corporation; JOSEPH CHRISTENSON, an individual; and PATRICIA CHRISTENSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT WAAGE, an individual; THE WAAGE LAW FIRM, a California professional corporation; JERRY WAAGE, an individual; PROVERBIAL INVESTMENTS, INC., an Iowa corporation; ROBERT JENSEN, an individual; INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, nka AVIVA USA CORPORATION, an Iowa corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 08-cv-1140 JM RBB<br><br>ORDER |
| INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, nka AVIVA USA CORPORATION, an Iowa corporation;<br><br>Counterclaimant,<br><br>v.<br><br>TJRK, INC., a California corporation<br><br>Counterdefendant. | |

/././

{00143236.DOC}

[PROPOSED] ORDER

1  Pursuant to the Joint Motion for Extension of Time for Counterdefendant TJRK, Inc. to
2  Answer or Otherwise Respond to Counterclaimant Indianapolis Life Insurance Company's
3  Counterclaim (FIRST REQUEST), the Court hereby orders that the time for Counterdefendant
4  TJRK, Inc. to answer or otherwise respond to Counterclaimant's counterclaim is extended to
5  August 29, 2008.
6  IT IS SO ORDERED.
7  DATED: August 22, 2008

8  _____
   HONORABLE JEFFREY T. MILLER
9  DISTRICT COURT JUDGE

{00143236.DOC}

- 2 -

[PROPOSED] ORDER