UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TJRK, INC., a California corporation; JOSEPH CHRISTENSON, an individual; PATRICIA CHRISTENSON, an individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SCOTT WAAGE, an individual; THE WAAGE LAW FIRM, a California professional corporation; JERRY WAAGE, an individual; PROVERBIAL INVESTMENTS, INC., an Iowa corporation; ROBERT JENSEN, an individual; INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, nka AVIVA USA CORPORATION, an Iowa corporation; DOES 1-100 inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Civil No. 08cv1140 JM(RBB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

　　On August 27, 2008, the Court held an early neutral evaluation conference in the above-entitled action.  Settlement could not be reached in the case.

1     The Court discussed compliance with rule 26 of the Federal
2 Rules of Civil Procedure and issues the following orders:
3     1.  No objections were presented to initial disclosure under
4 Federal Rule of Civil Procedure, rule 26(a)(1)(A-D).  The parties
5 are ordered to proceed with the initial disclosure process.  Any
6 objections to initial disclosure will be resolved as required by
7 rule 26.
8     2.  The rule 26(f) conference shall be completed on or before
9 September 19, 2008.
10     3.  No discovery plan is required.
11     4.  The initial disclosures pursuant to rule 26(a)(1)(A-D)
12 shall occur on or before October 3, 2008.
13     5.  Counsel, all parties, and any other person(s) whose
14 authority is required to negotiate and enter into a settlement
15 shall appear in person on January 9, 2009, at 10:00 a.m. in the
16 chambers of United States Magistrate Judge Ruben B. Brooks, U.S.
17 Courts Building, 940 Front Street, Room 1185, San Diego,
18 California, 92101-8926, for a further settlement conference.
19     Plaintiff's(s') counsel shall serve a copy of this order on
20 all parties that enter this case after the date of this order.
21     Failure of any counsel or party to comply with this order may
22 result in sanctions.
23     IT IS SO ORDERED.
24
25 DATED: August 27, 2008              *Ruben Brooks*
                                            Ruben B. Brooks
26                                           United States Magistrate Judge
27 cc:
   Judge Miller
28 All Parties of Record