### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

TJRK, INC. v. WAAGE                                      Case No. 08cv1140 JM(RBB)
                                                         **Time Spent: 2 hrs. 45 mins.**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

                                   Attorneys
          Plaintiffs                              Defendants

Susan L. Meter (present)              Heather Rosing (present)
Mark Schiechter (present)             Karen Rogan (present)
                                      Lisa Neil (present)

PROCEEDINGS:   x  In Chambers        ___ In Court        ___ Telephonic

An early neutral evaluation conference and case management conference were held.

A settlement conference is set for January 9, 2009, at 10:00 a.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: August 27, 2008        IT IS SO ORDERED:   _Ruben Brooks_
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc: Judge Miller                                 INITIALS: VL (mg/irc) Deputy
    All Parties of Record