PETER L. GARCHIE, SB# 105122
  E-Mail: garchie@lbbslaw.com
KAREN L. ROGAN, SB# 235582
  E-Mail: rogan@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

Attorneys for JERRY WAAGE and PROVERBIAL INVESTMENTS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TJRK, INC., a California corporation, JOSEPH CHRISTENSON, an individual; and PATRICIA CHRISTENSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT WAAGE, an individual; THE WAAGE LW FIRM, a California professional corporation; JEERRY WAAGE, an individual; PROVERBIAL INVESTMENTS, INC., an Iowa corporation; ROBERT JENSEN, an individual; INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, aka AVIVA USA CORPORATION, an Iowa corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 08 CV 1140 JM RBB<br><br>NOTICE BY JERRY WAAGE AND PROVERBIAL INVESTMENTS, INC. OF JOINDER TO MOTION TO DISMISS |

COMES NOW, JERRY WAAGE and PROVERBIAL INVESTMENTS, INC., by and through their attorneys, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and join in Defendant SCOTT WAAGE; THE WAAGE LAW FIRM and ROBERT JENSEN's Motion to Dismiss Portions of the Complaint Based On Federal Rules Of Civil Procedure 9(B), 12(B)(6), and 12(F) ("Motion to Dismiss") set to be heard by this court on September 19, 2008.

///

4810-8660-1218.1                      -1-
NOTICE OF JOINDER TO MOTION TO DISMISS

1  This joinder is based on the fact that JERRY WAAGE and PROVERBIAL
2  INVESTMENTS, INC. are defendants in this matter and the legal arguments set forth in the
3  Motion to Dismiss apply with equal force in favor of JERRY WAAGE and PROVERBIAL
4  INVESTMENTS, INC.

5  JERRY WAAGE and PROVERBIAL INVESTMENTS, INC. move for judgment in favor
6  of all defendants based on this Joinder, Scott Waage, The Waage Law Firm and Robert Jensen's
7  Notice of Motion, the Memorandum of Points and Authorities filed concurrently therewith, the
8  pleadings and records on file in this matter, and upon such oral or documentary evidence which
9  may be submitted at the time of the hearing on this motion.

11  DATED: September 4, 2008   LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Peter L. Garchie
Karen L. Rogan
Attorneys for JERRY WAAGE

4810-8660-1218.1
-2-
NOTICE OF JOINDER TO MOTION TO DISMISS

**FEDERAL COURT PROOF OF SERVICE**
File No. 08CV1140JMRBB
TJRK, INC., et al. v. Scott Waage, et al.

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 5, 2008, I served the following document(s):

**NOTICE BY JERRY WAAGE AND PROVERBIAL INVESTMENTS, INC. OF JOINDER TO MOTION TO DISMISS**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Marc S. Schecter, Esq
Susan L. Meter, Esq.
Butterfield Schecter
10616 Scripps Summit Court, Suite 200
San Diego, CA 92131

Michael T. Hornak, Esq.
Rutan & Tucker LLP
611 Anton Blvd., 14th Floor
Costa Mesa, CA 92626

Heather L. Rosing, Esq.
Gregor A. Hensrude, Esq.
Klinedinst PC
501 West Broadway, Suite 500
San Diego, CA 92101

The documents were served by the following means:

[ ]   (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X]   BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 5, 2008, at San Diego, California.

_____
Christine Jordan

4846-8000-1538.1