PETER L. GARCHIE, SB# 105122
  E-Mail: garchie@lbbslaw.com
KAREN L. ROGAN, SB# 235582
  E-Mail: rogan@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West "C" Street, Suite 800
San Diego, California  92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

Attorneys for JERRY WAAGE AND PROVERBIAL INVESTMENTS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TJRK, INC., a California corporation, JOSEPH CHRISTENSON, an individual; and PATRICIA CHRISTENSON, an individual, | CASE NO. 08 CV 1140 JM RBB |
| Plaintiffs, | **AMENDED ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** |
| v. | Action Filed: June 25, 2008 |
| SCOTT WAAGE, an individual; THE WAAGE LAW FIRM, a California professional corporation; JERRY WAAGE, an individual; PROVERBIAL INVESTMENTS, INC., an Iowa corporation; ROBERT JENSEN, an individual; INDIANAPOLIS LIFE INSURANCE COMPANY, an AMERUS COMPANY, nka AVIVA USA CORPORATION, an Iowa corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Defendants, Jerry Waage and Proverbial Investments, Inc. ("Answering Defendants"),

answer plaintiff's complaint and allege as follows:

**PRELIMINARY STATEMENT**

1.     Answering paragraph 1 of the complaint, this paragraph comprises legal claims

asserted against defendants other than Answering Defendants and does not require a specific

response from Answering Defendants.  Notwithstanding, Answering Defendants deny the

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1  allegations set forth in paragraph 1 and expressly deny any and all liability to Plaintiffs based upon

2  claims in the Complaint.

3        2.      Answering paragraph 2 of the complaint, this paragraph comprises legal claims

4  asserted against all Defendants and does not require a specific response from Answering

5  Defendants. Notwithstanding, Answering Defendants deny the allegations set forth in paragraph 2

6  and expressly deny any and all liability to Plaintiffs based upon claims in the Complaint.

7        3.      Answering paragraph 3 of the complaint, this paragraph is comprised of a legal

8  conclusion which does not require a specific response from Answering Defendants.

9  Notwithstanding, Answering Defendants deny the allegation set forth in paragraph 3 and expressly

10  deny any and all liability to Plaintiffs based upon claims in the Complaint.

11        4.      Answering paragraph 4 of the complaint, this paragraph is comprised of legal

12  allegations and conclusions which do not require a specific response from Answering Defendants.

13  Notwithstanding, Answering Defendants deny the allegation set forth in paragraph 4 and expressly

14  deny any and all liability to Plaintiffs based upon claims in the Complaint.

15        5.      Answering paragraph 5 of the complaint, this paragraph is comprised of legal

16  allegations and conclusions which do not require a specific response from Answering Defendants.

17  Notwithstanding, Answering Defendants deny the allegation set forth in paragraph 5 and expressly

18  deny any and all liability to Plaintiffs based upon claims in the Complaint.

19        6.      Answering paragraph 6 of the complaint, this paragraph is comprised of remedies

20  sought and claims for relief under ERISA which do not require a specific response from

21  Answering Defendants. Notwithstanding, Answering Defendants deny the allegation set forth in

22  paragraph 6, expressly deny any and all liability to Plaintiffs and expressly deny that Plaintiff are

23  entitled to any of the remedies and claims for relief sought in the Complaint.

24        7.      Answering paragraph 7 of the complaint, this paragraph is comprised of remedies

25  sought and claims for relief under state law which do not require a specific response from

26  Answering Defendants. Notwithstanding, Answering Defendants deny the allegation set forth in

27  paragraph 7, expressly deny any and all liability to Plaintiffs and expressly deny that Plaintiff are

28  entitled to any of the remedies and claims for relief sought in the Complaint.

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

**JURISDICTION AND VENUE**

8.    Answering paragraph 8 of the complaint, this paragraph is comprised of legal conclusions and allegations regarding jurisdiction pursuant to 29 U.S.C. § 1132 (e)(1), ERISA § 502(e)(1) and 28 U.S.C. § 1331, which do not require a specific response from Answering Defendants.  Notwithstanding, Answering Defendants are without sufficient knowledge or information sufficient to form a belief as to the truth of any allegations set forth in paragraph 8 of the Complaint and therefore neither admit nor deny same.

9.    Answering paragraph 9 of the complaint, Answering Defendants admit that venue is properly laid within the Southern District of California, but Answering Defendants are otherwise without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 9 and therefore neither admit nor deny same.

**PARTIES**

10.    Answering paragraph 10 of the complaint, Answering Defendants admit that Plaintiff TJRK is identified as a corporation in records maintained by the California Secretary of State, but Answering Defendants are presently without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 of the Complaint and therefore neither admit nor deny same.

11.    Answering paragraph 11 of the complaint, Answering Defendants are presently without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the Complaint and therefore neither admit nor deny same.

12.    Answering paragraph 12 of the complaint, Answering Defendants are presently without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 of the Complaint and therefore neither admit nor deny same.

13.    Answering paragraph 13 of the complaint, Answering Defendants are presently without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 of the Complaint and therefore neither admit nor deny same.

14.    Answering paragraph 14 of the complaint, Answering Defendants admit that Defendant S. WAAGE is identified as a licensed attorney by the State Bar of California and admit

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1  upon information and belief that at all relevant times, S. WAAGE was a resident and citizen of the

2  City of San Diego, State of California.

3       15.    Answering paragraph 15 of the complaint, Answering Defendants are without

4  sufficient knowledge or information sufficient to form a belief as to the truth of the allegations

5  contained in paragraph 15 of the Complaint and therefore neither admit nor deny same.

6       16.    Answering paragraph 16 of the complaint, Answering Defendants admit that at all

7  relevant times, J. WAAGE was a resident of the State of Iowa and is the brother of S. WAAGE.

8       17.    Answering paragraph 17 of the complaint, Answering Defendants admit that at all

9  relevant times, PROVERBIAL INVESTMENTS was an Iowa corporation with its principal place

10 of business at 15326 Horton Avenue, Urbandale, Iowa.  Answering Defendants deny each and

11 every other allegation contained in this paragraph.

12      18.    Answering paragraph 18 of the complaint, Answering Defendants are without

13 sufficient knowledge or information sufficient to form a belief as to the truth of the allegations

14 contained in paragraph 18 of the Complaint and therefore neither admit nor deny same..

15      19.    Answering paragraph 19 of the complaint, Answering Defendants are without

16 sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in

17 paragraph 19 and therefore neither admit nor deny same.

18      20.    Answering paragraph 20 of the complaint, Answering Defendants are without

19 sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in

20 paragraph 20 and therefore neither admit nor deny same.

21                 **FACTUAL ALLEGATIONS**

22      21.    Answering paragraph 21 of the complaint, Answering Defendants are without

23 sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in

24 paragraph 21 and therefore neither admit nor deny same.

25      22.    Answering paragraph 22 of the complaint, Answering Defendants are without

26 sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in

27 paragraph 22 and therefore neither admit nor deny same.

28 ///

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1    23.    Answering paragraph 23 of the complaint, Answering Defendants are without
2  sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in
3  paragraph 23 and therefore neither admit nor deny same.

4    24.    Answering paragraph 24 of the complaint, Answering Defendants are without
5  sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in
6  paragraph 24 and therefore neither admit nor deny same.

7    25.    Answering paragraph 25 of the complaint, Answering Defendants are without
8  sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in
9  paragraph 25 and therefore neither admit nor deny same.

10    26.    Answering paragraph 26 of the complaint, Answering Defendants are without
11  sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in
12  paragraph 26 and therefore neither admit nor deny same.

13    27.    Answering paragraph 27 of the complaint, Answering Defendants deny each and
14  every allegation set forth in paragraph 27 of the Complaint.

15    28.    Answering paragraph 28 of the complaint, Answering Defendants are without
16  sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in
17  paragraph 28 and therefore neither admit nor deny same.

18    29.    Answering paragraph 29 of the complaint, Answering Defendants are without
19  sufficient knowledge or information sufficient to form a belief as to the truth of the allegations on
20  line 25 of paragraph 29 regarding any advice from S. WAAGE.  Answering Defendants deny each
21  and every remaining allegation set forth in paragraph 29 of the Complaint.

22    30.    Answering paragraph 30 of the complaint, Answering Defendants are without
23  sufficient knowledge or information sufficient to form a belief as to the truth of the allegations
24  contained in paragraph 15 of the Complaint and therefore neither admit nor deny same..

25    31.    Answering paragraph 31 of the complaint, Answering Defendants are without
26  sufficient knowledge or information sufficient to form a belief as to the truth of the allegations in
27  paragraph 31 and therefore neither admit nor deny same.

28  / / /

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1    32.    Answering paragraph 32 of the complaint, Answering Defendants are without

2  sufficient knowledge or information sufficient to form a belief as to the truth of the allegations

3  contained in paragraph 32 of the Complaint and therefore neither admit nor deny same.

4                    **FIDUCIARY STATUS OF DEFENDANTS**

5    33.    Answering paragraph 33 of the complaint, Answering Defendants deny each and

6  every allegation in paragraph 33.

7    34.    Answering paragraph 34 of the complaint, Answering Defendants deny each and

8  every allegation in paragraph 34.

9    35.    Answering paragraph 35 of the complaint, this paragraph is comprised of legal

10  allegations and conclusions which do not require a specific response from Answering Defendants.

11  Notwithstanding, Answering Defendants expressly deny each and every allegation contained in

12  paragraph 35.

13    36.    Answering paragraph 36 of the complaint, this paragraph is comprised of legal

14  allegations and conclusions which do not require a specific response from Answering Defendants.

15  Notwithstanding, Answering Defendants expressly deny each and every allegation contained in

16  paragraph 36.

17    37.    Answering paragraph 37 of the complaint, this paragraph is comprised of legal

18  allegations and conclusions which do not require a specific response from Answering Defendants.

19  Notwithstanding, Answering Defendants expressly deny each and every allegation contained in

20  paragraph 37.

21    38.    Answering paragraph 38 of the complaint, this paragraph is comprised of legal

22  allegations and conclusions which do not require a specific response from Answering Defendants.

23  Notwithstanding, Answering Defendants expressly deny each and every allegation contained in

24  paragraph 38.

25    39.    Answering paragraph 39 of the complaint, Answering Defendants deny the

26  allegations to the extent that they are directed at Answering Defendants.  Answering Defendants

27  are otherwise without sufficient knowledge or information sufficient to form a belief as to the truth

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1  of the allegations contained in paragraph 39 which are directed to other defendants and therefore

2  neither admit nor deny same.

3      40.    Answering paragraph 40 of the complaint, this paragraph is comprised of legal

4  allegations and conclusions which do not require a specific response from Answering Defendants.

5  Notwithstanding, Answering Defendants without sufficient knowledge or information sufficient to

6  form a belief as to the truth of the allegations contained in paragraph 40 and therefore neither

7  admit nor deny same.

8      41.    Answering paragraph 41 of the complaint, this paragraph is comprised of legal

9  allegations and conclusions which do not require a specific response from Answering Defendants.

10  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

11  41.

12      42.    Answering paragraph 42 of the complaint, this paragraph is comprised of legal

13  allegations and conclusions which do not require a specific response from Answering Defendants.

14  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

15  42.

16                                    **FIRST CLAIM FOR RELIEF**
    **RESCISSION AND UNWINDING OF THE TRANSACTIONS AND RESTORATION OF**
17  **ALL AMOUNTS PAID BY PLAINTIFFS TO DEFENDANTS ERISA §§ 502(a)(2) and**
                **502(a)(3) for Appropriate Relief Under ERISA § 409**
18
     (By All Plaintiffs Against Defendants J. WAAGE, PROVERBIAL INVESTMENTS, and
19                                INDIANAPOLIS LIFE)

20      43.    Answering paragraph 43 of the complaint, Answering Defendants incorporate by

21  reference paragraphs 1 through 42 of this Answer in response to the allegations contained in

22  paragraph 43.

23      44.    Answering paragraph 44 of the complaint, this paragraph is comprised of legal

24  allegations and conclusions which do not require a specific response from Answering Defendants.

25  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

26  44.

27      45.    Answering paragraph 45 of the complaint, this paragraph is comprised of legal

28  allegations and conclusions which do not require a specific response from Answering Defendants.

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

2  45.

3      46.     Answering paragraph 46 of the complaint, this paragraph is comprised of legal

4  allegations and conclusions which do not require a specific response from Answering Defendants.

5  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

6  46.

7      47.     Answering paragraph 47 of the complaint, this paragraph is comprised of legal

8  allegations and conclusions which do not require a specific response from Answering Defendants.

9  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

10  47.

11      48.     Answering paragraph 48 of the complaint, this paragraph is comprised of legal

12  allegations and conclusions which do not require a specific response from Answering Defendants.

13  Notwithstanding, Answering Defendants deny the allegations to the extent that they are directed at

14  Answering Defendants.  Answering Defendants are otherwise without sufficient knowledge or

15  information sufficient to form a belief as to the truth of the allegations contained in paragraph 48

16  which are directed to other defendants and therefore neither admit nor deny same.

17      49.     Answering paragraph 49 of the complaint, this paragraph is comprised of legal

18  allegations and conclusions which do not require a specific response from Answering Defendants.

19  Notwithstanding, Answering Defendants deny the allegations to the extent that they are directed at

20  Answering Defendants.  Answering Defendants are otherwise without sufficient knowledge or

21  information sufficient to form a belief as to the truth of the allegations contained in paragraph 49

22  which are directed to other defendants and therefore neither admit nor deny same.

23      50.     Answering paragraph 50 of the complaint, this paragraph is comprised of legal

24  allegations and conclusions which do not require a specific response from Answering Defendants.

25  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

26  50.

27      51.     Answering paragraph 51 of the complaint, this paragraph is comprised of legal

28  allegations and conclusions which do not require a specific response from Answering Defendants.

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1    Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

2    51.

3        52.    Answering paragraph 52 of the complaint, this paragraph is comprised of legal

4    allegations and conclusions which do not require a specific response from Answering Defendants.

5    Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

6    52.

7        53.    Answering paragraph 53 of the complaint, this paragraph is comprised of legal

8    allegations and conclusions which do not require a specific response from Answering Defendants.

9    Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

10   53.

11       54.    Answering paragraph 54 of the complaint, Answering Defendants deny each and

12   every allegation set forth in paragraph 54 and all of its subparts, to the extent that the allegations

13   are directed to Answering Defendants.  Answering Defendants are without knowledge or

14   information sufficient to form a belief as to the truth of the allegations in paragraph 54 as to other

15   defendants and therefore neither admit nor deny same.

16       55.    Answering paragraph 55 of the complaint, Answering Defendants deny each and

17   every allegation set forth in paragraph 55.

18       56.    Answering paragraph 56 of the complaint, this paragraph is comprised of legal

19   allegations and conclusions which do not require a specific response from Answering Defendants.

20   Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

21   56.

22       57.    Answering paragraph 57 of the complaint, this paragraph is comprised of legal

23   allegations and conclusions which do not require a specific response from Answering Defendants.

24   Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

25   57.

26       58.    Answering paragraph 58 of the complaint, this paragraph is comprised of legal

27   allegations and conclusions which do not require a specific response from Answering Defendants.

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

2  58.

3      59.    Answering paragraph 59 of the complaint, this paragraph is comprised of legal

4  allegations and conclusions which do not require a specific response from Answering Defendants.

5  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

6  59.

7      60.    Answering paragraph 60 of the complaint, Answering Defendants deny each and

8  every allegation contained in paragraph 60.

9      61.    Answering paragraph 61 of the complaint, this paragraph is comprised of legal

10  allegations and conclusions which do not require a specific response from Answering Defendants.

11  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

12  61.

13      62.    Answering paragraph 62 of the complaint, this paragraph is comprised of legal

14  allegations and conclusions which do not require a specific response from Answering Defendants.

15  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

16  62.

17      63.    Answering paragraph 63 of the complaint, this paragraph is comprised of legal

18  conclusions, improper speculation and argument which do not require a specific response from

19  Answering Defendants.  Notwithstanding, Answering Defendants deny the allegations in

20  paragraph 63.

21      64.    Answering paragraph 64 of the complaint, Answering Defendants deny each and

22  every allegation contained in paragraph 64.

23      65.    Answering paragraph 65 of the complaint, this paragraph is comprised of legal

24  conclusions which do not require a specific response from Answering Defendants.

25  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

26  65.

27      66.    Answering paragraph 66 of the complaint, Answering Defendants deny each and

28  every allegation contained in paragraph 66.

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1         67.     Answering paragraph 67 of the complaint, Answering Defendants deny each and

2 every allegation contained in paragraph 67.

**SECOND CLAIM FOR RELIEF**
**BREACH OF FIDUCIARY AND COFIDUCIARY DUTY, FRAUD, AND**
**MISREPRESENTATION UNDER ERISA**
**29 U.S.C. §§ 1104, 1105(a), 1106(a), 1109(a) and 1132(a)(2) & (3)**
**[ERISA §§ 404(a), 405(a), 406(a), 409(a) and 502(a)(2) & (3)]**

(By All Plaintiffs Against Defendants INDIANAPOLIS LIFE, J. WAAGE and PROVERBIAL
INVESMENTS)

        68.     Answering paragraph 68 of the complaint, Answering Defendants incorporate by

reference paragraphs 1 through 67 of this Answer in response to the allegations contained in

paragraph 68.

        69.     Answering paragraph 69 of the complaint, this paragraph is comprised of legal

allegations and conclusions which do not require a specific response from Answering Defendants.

Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

69.

        70.     Answering paragraph 70 of the complaint, this paragraph is comprised of legal

allegations and conclusions which do not require a specific response from Answering Defendants.

Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

70.

        71.     Answering paragraph 71 of the complaint, this paragraph is comprised of legal

allegations and conclusions which do not require a specific response from Answering Defendants.

Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

71.

        72.     Answering paragraph 72 of the complaint, this paragraph is comprised of legal

allegations and conclusions which do not require a specific response from Answering Defendants.

Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

71.

        73.     Answering paragraph 73 of the complaint, this paragraph is comprised of legal

allegations and conclusions which do not require a specific response from Answering Defendants.

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

2  73.

3       74.    Answering paragraph 74 of the complaint, this paragraph is comprised of legal

4  allegations and conclusions which do not require a specific response from Answering Defendants.

5  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

6  74.

7       75.    Answering paragraph 75 of the complaint, this paragraph is comprised of legal

8  allegations and conclusions which do not require a specific response from Answering Defendants.

9  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

10  75.

11       76.    Answering paragraph 76 of the complaint, this paragraph is comprised of legal

12  allegations and conclusions which do not require a specific response from Answering Defendants.

13  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

14  76.

15       77.    Answering paragraph 77 of the complaint, this paragraph is comprised of legal

16  allegations and conclusions which do not require a specific response from Answering Defendants.

17  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

18  77.

19       78.    Answering paragraph 78 of the complaint, this paragraph is comprised of legal

20  allegations and conclusions which do not require a specific response from Answering Defendants.

21  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

22  78.

23       79.    Answering paragraph 79 of the complaint, this paragraph is comprised of legal

24  allegations and conclusions which do not require a specific response from Answering Defendants.

25  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

26  79.

27       80.    Answering paragraph 80 of the complaint, this paragraph is comprised of legal

28  allegations and conclusions which do not require a specific response from Answering Defendants.

1  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

2  80.

3      81.    Answering paragraph 81 of the complaint, Answering Defendants deny each and

4  every allegation contained in paragraph 81.

5      82.    Answering paragraph 82 of the complaint, Answering Defendants deny each and

6  every allegation contained in paragraph 82.

7      83.    Answering paragraph 83 of the complaint, Answering Defendants deny each and

8  every allegation contained in paragraph 83.

9      84.    Answering paragraph 84 of the complaint, Answering Defendants deny each and

10  every allegation contained in paragraph 84 and all of its subparts.

11      85.    Answering paragraph 85 of the complaint, Answering Defendants deny each and

12  every allegation contained in paragraph 85.

13      86.    Answering paragraph 86 of the complaint, Answering Defendants deny each and

14  every allegation contained in paragraph 86 and all of its subparts.

15      87.    Answering paragraph 87 of the complaint, Answering Defendants deny each and

16  every allegation contained in paragraph 87.

17      88.    Answering paragraph 88 of the complaint, Answering Defendants deny each and

18  every allegation contained in paragraph 88.

19                    **THIRD CLAIM FOR RELIEF**
    **RESCISSION AND UNWINDING OF THE TRANSACTIONS AND RESTORATION OF**
20      **ALL AMOUNTS PAID BY PLAINTIFFS TO DEFENDANTS**
    **ERISA § 502(a)(3) for Appropriate Relief for Violation of ERISA § 406(a)**
21
    (By All Plaintiffs Against Defendants INDIANAPOLIS LIFE, S. WAAGE, WAAGE FIRM, J.
22                    WAAGE, AND PROVERBIAL INVESTMENTS)

23      89.    Answering paragraph 89 of the complaint, Answering Defendants incorporate by

24  reference paragraphs 1 through 88 of this Answer in response to the allegations contained in

25  paragraph 89.

26      90.    Answering paragraph  90 of the complaint, this paragraph is comprised of legal

27  allegations and conclusions which do not require a specific response from Answering Defendants.

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

2  90.

3    91.    Answering paragraph 91 of the complaint, this paragraph is comprised of legal

4  allegations and conclusions which do not require a specific response from Answering Defendants.

5  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

6  91.

7    92.    Answering paragraph 92 of the complaint, Answering Defendants deny each and

8  every allegation contained in paragraph 92.

9    93.    Answering paragraph 93 of the complaint, this paragraph is comprised of legal

10  allegations and conclusions which do not require a specific response from Answering Defendants.

11  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph 93

12  to the extent the allegations are directed to Answering Defendants. Answering Defendants are

13  without sufficient knowledge or information to form a belief as to the truth of the allegations as to

14  remaining defendants and therefore neither admit nor deny same.

15    94.    Answering paragraph 94 of the complaint, this paragraph is comprised of legal

16  allegations and conclusions which do not require a specific response from Answering Defendants.

17  Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph 94

18  and each of its subparts to the extent the allegations are directed to Answering Defendants.

19  Answering Defendants are without sufficient knowledge or information to form a belief as to the

20  truth of the allegations as to remaining defendants and therefore neither admit nor deny same.

21    95.    Answering paragraph 95 of the complaint, Answering Defendants deny each and

22  every allegation contained in paragraph 95.

23    96.    Answering paragraph 96 of the complaint, Answering Defendants deny each and

24  every allegation contained in paragraph 96.

25    97.    Answering paragraph 97 of the complaint, Answering Defendants deny each and

26  every allegation contained in paragraph 97.

27  ///

28  ///

**FOURTH CLAIM FOR RELIEF**
**SUPPLEMENTAL/PENDANT STATE CLAIM**
**FOR PRE-PLAN NEGLIGENT MISREPRESENTATION**

(By All Plaintiffs Against Defendants INDIANAPOLIS LIFE, S. WAAGE, WAAGE FIRM, J. WAAGE, PROVERBIAL INVESTMENTS, and ROBERT JENSEN)

98.    Answering paragraph 98 of the complaint, Answering Defendants incorporate by reference paragraphs 1 through 97 of this Answer in response to the allegations contained in paragraph 98.

99.    Answering paragraph 99 of the complaint, this paragraph is comprised of legal allegations and conclusions which do not require a specific response from Answering Defendants. Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph 99 to the extent the allegations are directed to Answering Defendants. Answering Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations as to remaining defendants and therefore neither admit nor deny same.

100.    Answering paragraph 100 of the complaint, Answering Defendants deny each and every allegation contained in paragraph 100.

101.    Answering paragraph 101 of the complaint, Answering Defendants deny each and every allegation contained in paragraph 101.

102.    Answering paragraph 102 of the complaint, Answering Defendants deny each and every allegation contained in paragraph 102.

103.    Answering paragraph 103 of the complaint, Answering Defendants deny each and every allegation contained in paragraph 103.

104.    Answering paragraph 104 of the complaint, the paragraph contains legal conclusions, speculation and legal argument which do not require a specific response from Answering Defendants. Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph 104.

105.    Answering paragraph 105 of the complaint, Answering Defendants deny each and every allegation contained in paragraph 105.

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1   106.   Answering paragraph 106 of the complaint, this paragraph contains legal

2   allegations and conclusion which do not require a specific response from Answering Defendants.

3   Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

4   106.

5   107.   Answering paragraph 107 of the complaint, Answering Defendants deny each and

6   every allegation contained in paragraph 107.

7   108.   Answering paragraph 108 of the complaint, this paragraph contains legal

8   allegations and conclusion which do not require a specific response from Answering Defendants.

9   Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

10   108.

11   **FIFTH CLAIM FOR RELIEF**
**SUPPLEMENTAL/PENDENT STATE CLAIM**
12   **ALTERNATIVELY FOR DAMAGES AND/OR RESCISSION BASED ON PRE-PLAN**
**COMMON LAW FRAUD, DECEIT, CONCEALMENT, AND MISREPRESENTATION**
13   **AND FRAUDULENT ACTS BY AGENTS**

14   (By All Plaintiffs Against All Defendants)

15   109.   Answering paragraph 109 of the complaint, Answering Defendants incorporate by

16   reference paragraphs 1 through 108 of this Answer in response to the allegations contained in

17   paragraph 109.

18   110.   Answering paragraph 110 of the complaint, Answering Defendants deny each and

19   every allegation contained in paragraph 110.

20   111.   Answering paragraph 111 of the complaint, this paragraph contains legal

21   allegations and conclusion which do not require a specific response from Answering Defendants.

22   Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph

23   111 and each of its subparts.

24   112.   Answering paragraph 112 of the complaint, Answering Defendants deny each and

25   every allegation contained in paragraph 112.

26   113.   Answering paragraph 113 of the complaint, Answering Defendants deny each and

27   every allegation contained in paragraph 113.

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST 'C' STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1    114.    Answering paragraph 114 of the complaint, Answering Defendants deny each and
2    every allegation contained in paragraph 114.

3    115.    Answering paragraph 115 of the complaint, Answering Defendants deny each and
4    every allegation contained in paragraph 115.

5    116.    Answering paragraph 116 of the complaint, this paragraph is comprised of legal
6    allegations and conclusions which do not require a specific response from Answering Defendants.
7    Notwithstanding, Answering Defendants deny each and every allegation contained in paragraph
8    116.

9    117.    Answering paragraph 117 of the complaint, Answering Defendants deny each and
10   every allegation contained in paragraph 117.

11   118.    Answering paragraph 118 of the complaint, Answering Defendants deny each and
12   every allegation contained in paragraph 118.

13   119.    Answering paragraph 119 of the complaint, Answering Defendants deny each and
14   every allegation contained in paragraph 119.

15   120.    Answering paragraph 120 of the complaint, Answering Defendants deny each and
16   every allegation contained in paragraph 120.

17   121.    Answering paragraph 121 of the complaint, Answering Defendants deny each and
18   every allegation contained in paragraph 121.

19   122.    Answering paragraph 122 of the complaint, Answering Defendants deny each and
20   every allegation contained in paragraph 122.

21   123.    Answering paragraph 123 of the complaint, Answering Defendants deny each and
22   every allegation contained in paragraph 123.

23   124.    Answering paragraph 124 of the complaint, Answering Defendants deny each and
24   every allegation contained in paragraph 124.

25   ///
26   ///
27   ///
28   ///

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

### SIXTH CLAIM FOR RELIEF
### SUPPLEMENTAL STATE CLAIM
### FOR LEGAL MALPRACTIVE/NEGLIGENCE

(By All Plaintiffs Against Defendants S. WAAGE and WAAGE FIRM)

125.     Answering paragraph 125 of the complaint, Answering Defendants incorporate by reference paragraphs 1 through 124 of this Answer in response to the allegations contained in paragraph 125.

126.     Answering paragraph 126 of the complaint, the allegations contained in paragraph 126 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny each allegation contained in paragraph 126 to the extent the allegations may be deemed alleged as to Answering Defendants.

127.     Answering paragraph 127 of the complaint, the allegations contained in paragraph 127 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny each allegation contained in paragraph 127 to the extent the allegations may be deemed alleged as to Answering Defendants.

128.     Answering paragraph 128 of the complaint, the allegations contained in paragraph 128 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny each allegation contained in paragraph 128 to the extent the allegations may be deemed alleged as to Answering Defendants.

129.     Answering paragraph 129 of the complaint, the allegations contained in paragraph 129 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny each allegation contained in paragraph 129 to the extent the allegations may be deemed alleged as to Answering Defendants.

130.     Answering paragraph 130 of the complaint, the allegations contained in paragraph 130 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny each allegation contained in paragraph 130 to the extent the allegations may be deemed alleged as to Answering Defendants.

131.     Answering paragraph 131 of the complaint, the allegations contained in paragraph 131 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

1   each allegation contained in paragraph 131 to the extent the allegations may be deemed alleged as

2   to Answering Defendants.

3         132.   Answering paragraph 132 of the complaint, the allegations contained in paragraph

4   132 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

5   each allegation contained in paragraph 132 to the extent the allegations may be deemed alleged as

6   to Answering Defendants.

7         133.   Answering paragraph 133 of the complaint, the allegations contained in paragraph

8   133 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

9   each allegation contained in paragraph 133 to the extent the allegations may be deemed alleged as

10  to Answering Defendants.

11        134.   Answering paragraph 134 of the complaint, the allegations contained in paragraph

12  134 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

13  each allegation contained in paragraph 134 to the extent the allegations may be deemed alleged as

14  to Answering Defendants.

15              **SEVENTH CLAIM FOR RELIEF**
                **SUPPLEMENTAL STATE CLAIM**

16         **FOR PROFESSIONAL MALPRACTICE/NEGLIGENCE**

17         (By All Plaintiffs Against Defendants WAAGE FIRM and JENSEN)

18        135.   Answering paragraph 135 of the complaint, Answering Defendants incorporate by

19  reference paragraphs 1 through 134 of this Answer in response to the allegations contained in

20  paragraph 135.

21        136.   Answering paragraph 136 of the complaint, the allegations contained in paragraph

22  136 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

23  each allegation contained in paragraph 136 to the extent the allegations may be deemed alleged as

24  to Answering Defendants.

25        137.   Answering paragraph 137 of the complaint, the allegations contained in paragraph

26  137 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

27  each allegation contained in paragraph 137 to the extent the allegations may be deemed alleged as

28  to Answering Defendants.

1    138.    Answering paragraph 138 of the complaint, the allegations contained in paragraph

2  138 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

3  each allegation contained in paragraph 138 to the extent the allegations may be deemed alleged as

4  to Answering Defendants.

5    139.    Answering paragraph 139 of the complaint, the allegations contained in paragraph

6  139 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

7  each allegation contained in paragraph 139 to the extent the allegations may be deemed alleged as

8  to Answering Defendants.

9    140.    Answering paragraph 140 of the complaint, the allegations contained in paragraph

10  140 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

11  each allegation contained in paragraph 140 to the extent the allegations may be deemed alleged as

12  to Answering Defendants.

13    141.    Answering paragraph 141 of the complaint, the allegations contained in paragraph

14  141 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

15  each allegation contained in paragraph 141 to the extent the allegations may be deemed alleged as

16  to Answering Defendants.

17    142.    Answering paragraph 142 of the complaint, the allegations contained in paragraph

18  142 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

19  each allegation contained in paragraph 142 to the extent the allegations may be deemed alleged as

20  to Answering Defendants.

21    143.    Answering paragraph 143 of the complaint, the allegations contained in paragraph

22  143 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

23  each allegation contained in paragraph 143 to the extent the allegations may be deemed alleged as

24  to Answering Defendants.

25    144.    Answering paragraph 144 of the complaint, the allegations contained in paragraph

26  144 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

27  each allegation contained in paragraph 144 to the extent the allegations may be deemed alleged as

28  to Answering Defendants.

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1    **EIGHTH CLAIM FOR RELIEF**
     **SUPPLEMENTAL STATE CLAIM**
2    **FOR BREACH OF COMMON LAW FIDUCIARY DUTY**

3    (By All Plaintiffs Against Defendants S. WAAGE, the WAAGE FIRM, and JENSEN)

4        145.    Answering paragraph 145 of the complaint, Answering Defendants incorporate by

5    reference paragraphs 1 through 144 of this Answer in response to the allegations contained in

6    paragraph 145.

7        146.    Answering paragraph 146 of the complaint, the allegations contained in paragraph

8    146 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

9    each allegation contained in paragraph 146 to the extent the allegations may be deemed alleged as

10   to Answering Defendants.

11       147.    Answering paragraph 147 of the complaint, the allegations contained in paragraph

12   147 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

13   each allegation contained in paragraph 147 to the extent the allegations may be deemed alleged as

14   to Answering Defendants.

15       148.    Answering paragraph 148 of the complaint, the allegations contained in paragraph

16   148 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

17   each allegation contained in paragraph 148 to the extent the allegations may be deemed alleged as

18   to Answering Defendants.

19       149.    Answering paragraph 149 of the complaint, the allegations contained in paragraph

20   149 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

21   each allegation contained in paragraph 149 to the extent the allegations may be deemed alleged as

22   to Answering Defendants.

23       150.    Answering paragraph 150 of the complaint, the allegations contained in paragraph

24   150 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

25   each allegation contained in paragraph 150 to the extent the allegations may be deemed alleged as

26   to Answering Defendants.

27       151.    Answering paragraph 151 of the complaint, the allegations contained in paragraph

28   151 are not alleged against Answering Defendants.  Notwithstanding, Answering Defendants deny

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1  each allegation contained in paragraph 151 to the extent the allegations may be deemed alleged as

2  to Answering Defendants.

3  ### NINTH CLAIM FOR RELIEF
### SUPPLEMENTAL STATE CLAIM
4  ### FOR VIOLATION OF UNFAIR COMPETITION ACT
### (Cal. Bus. & Prof. Code § 17200)

5  (By All Plaintiffs Against All Defendants)

6

7       152.    Answering paragraph 152 of the complaint, Answering Defendants incorporate by

8  reference paragraphs 1 through 151 of this Answer in response to the allegations contained in

9  paragraph 152.

10      153.    Answering paragraph 153 of the complaint, Answering Defendants deny each and

11 every allegation contained in paragraph 153 and each of its subparts.

12      154.    Answering paragraph 154 of the complaint, Answering Defendants deny each and

13 every allegation contained in paragraph 154.

14      155.    Answering paragraph 155 of the complaint, Answering Defendants deny each and

15 every allegation contained in paragraph 155.

16      156.    Answering paragraph 156 of the complaint, Answering Defendants deny each and

17 every allegation contained in paragraph 156.

18      157.    Answering paragraph 157 of the complaint, Answering Defendants deny that

19 plaintiffs are entitled to the relief sought and deny each and every allegation contained in

20 paragraph 157.

21      158.    Answering paragraph 158 of the complaint, Answering Defendants deny that

22 plaintiffs are entitled to the relief sought and deny each and every allegation contained in

23 paragraph 158.

24      159.    Answering paragraph 159 of the complaint, Answering Defendants deny each and

25 every allegation contained in paragraph 159.

26      160.    Answering paragraph 160 of the complaint, Answering Defendants deny each and

27 every allegation contained in paragraph 160.

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1     161.    Answering paragraph 161 of the complaint, Answering Defendants deny each and

2 every allegation contained in paragraph 161.

3     162.    Answering paragraph 162 of the complaint, Answering Defendants deny each and

4 every allegation contained in paragraph 162.

5                         **AFFIRMATIVE DEFENSES**

6                       **FIRST AFFIRMATIVE DEFENSE**

7                    **(Failure To State A Cause Of Action)**

8     163.    As a first and separate defense, Answering Defendants state that the Complaint and

9 every purported cause of action asserted against Answering Defendants therein fails to set forth

10 facts sufficient to state a cause of action upon which relief can be granted.

11                      **SECOND AFFIRMATIVE DEFENSE**

12                       **(Statute of Limitations)**

13     164.    As a second and separate defense, plaintiffs have failed to bring this action in a

14 timely manner or have otherwise failed to maintain this action within the applicable statutes of

15 limitation, including but not limited to, Cal. Bus. & Prof. Code § 17208, Cal. Code Civ. Proc. §§

16 337, 338, 339, and 340.

17                       **THIRD AFFIRMATIVE DEFENSE**

18                             **(Estoppel)**

19     165.    As a third and separate defense, Answering Defendants are informed and believe

20 that plaintiffs, and each of them, have engaged in conduct with respect to the activities which are

21 the subject of the complaint, and by reason of said conduct are estopped from asserting any claim

22 or claim for damages or seeking any other relief from Answering Defendants.

23                      **FOURTH AFFIRMATIVE DEFENSE**

24                             **(Waiver)**

25     166.    As a fourth and separate affirmative defense, Answering Defendants are informed

26 and believe that plaintiffs, and each of them, have engaged in conduct and activities sufficient to

27 constitute a waiver of any allegedly negligent or tortious conduct alleged in the complaint.

28 ///

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

## FIFTH AFFIRMATIVE DEFENSE

### (Failure To Mitigate)

167.    As a fifth and separate affirmative defense, Answering Defendants are informed and believe that plaintiffs, and each of them, have failed to exercise reasonable care and diligence to avoid loss and to minimize damages, and therefore plaintiffs may not recover for losses which could have been prevented by reasonable efforts on their own parts, or by expenditures that might reasonably have been made.  Therefore plaintiffs' recovery against Answering Defendants, if any, should be reduced by the failure of plaintiffs to mitigate their damages.

## SIXTH AFFIRMATIVE DEFENSE

### (Laches)

168.    As a sixth and separate affirmative defense, Answering Defendants are informed and believe that due to plaintiffs' tardiness in asserting their purported right to recover, plaintiffs claims against Answering Defendants should be barred by the equitable doctrine of laches.

## SEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

169.    As a seventh and separate affirmative defense, Answering Defendants are informed and believe that by virtue of plaintiffs' unlawful, careless, negligent, or other wrongful conduct, plaintiffs should be barred from recovering against Answering Defendants by the equitable doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

170.    As an eighth and separate affirmative defense, Answering Defendants further assert that plaintiffs knowingly and or recklessly assumed the risks which were obvious, and nevertheless conducted themselves in a manner so as to expose themselves to peril, if any, and by so doing, assumed all the risks attendant thereto.

///

///

///

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

## NINTH AFFIRMATIVE DEFENSE

### (Subsequent/Intervening Acts of Third Parties)

171.    As a ninth and separate affirmative defense, Answering Defendants assert that if plaintiffs have suffered any damage as alleged in the complaint, such damages were proximately caused by subsequent and intervening or superseding acts of plaintiffs and/or third parties, and not Answering Defendants.

## TENTH AFFIRMATIVE DEFENSE

### (Misrepresentation of Law)

172.    As a tenth and separate affirmative defense, Answering Defendants are informed and believe that any misrepresentations of law contained in plaintiffs' complaint which form the basis of the claims against Answering Defendants bar plaintiffs' claims.

## ELEVENTH AFFIRMATIVE DEFENSE

### (No Misrepresentation of Material Facts)

173.    As an eleventh and separate affirmative defense, Answering Defendants are informed and believe that the alleged misrepresentations contained in plaintiffs' complaint were not statements of fact and/or were not misrepresentations of material facts.

## TWELFTH AFFIRMATIVE DEFENSE

### (Good Faith Belief Representations)

174.    As an twelfth and separate affirmative defense, Answering Defendants are informed and believe and thereon allege that the representations which plaintiffs allege were made by Answering Defendants were made with an honest or good faith belief in the truth of the statements.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Punitive Damages)

175.    As an thirteenth and separate affirmative defense, Answering Defendants are informed and believe and thereon allege that the complaint fails to state a cause of action sufficiently to entitle them to punitive damages and/or have failed to state a cause of action for which punitive damages are available.  In addition, an award of punitive damages would violate

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1  Answering Defendants' rights to due process under the 5th and 14th Amendments to the United

2  States Constitution and the California Constitution.

### FOURTEENTH AFFIRMATIVE DEFENSE

### (Liability of Others)

5  176.    As an fourteenth and separate affirmative defense, Answering Defendants allege

6  that if any damages were sustained by plaintiffs, the damages were proximately caused by the acts

7  and/or omissions of third parties over whom Answering Defendants exercised not control and for

8  whose acts Answering Defendants are not responsible.

### FIFTEENTH AFFIRMATIVE DEFENSE

### (Contributory Negligence)

11  177.    As an fifteenth and separate affirmative defense, Answering Defendants allege that

12  the injuries and damages alleged by plaintiffs were caused directly and proximately by the

13  plaintiffs' own negligence, fault, recklessness, or unlawful conduct in and about the matters

14  alleged in the complaint.

### SIXTEENTH AFFIRMATIVE DEFENSE

### (Proximate Cause)

17  178.    As an sixteenth and separate affirmative defense, Answering Defendants allege that

18  plaintiffs have not alleged and cannot prove any facts showing that the conduct of Answering

19  Defendants was the proximate cause of any damages suffered as alleged in the complaint.

### SEVENTEENTH AFFIRMATIVE DEFENSE

### (Intervening Cause)

22  179.    As an seventeenth and separate affirmative defense, Answering Defendants allege

23  that the allegations which plaintiffs set forth in the complaint were not a substantial factor in

24  bringing about the alleged injury or injuries, and, therefore, were not contributing causes, or were

25  succeeded by tortious conduct by plaintiffs or one or more third parties, whether named or

26  unnamed in the complaint, whose misconduct was an independent, intervening, sole and proximate

27  cause of any alleged injury or injuries, damage or damages, if any, suffered by the plaintiff.

28  ///

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(No Fiduciary Status Under ERISA)**

180.    As an eighteenth and separate affirmative defense, Answering Defendants allege that as to the purported claims pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq. ("ERISA") and any provision thereof or related thereto, Answering Defendants are not parties in interest or fiduciaries under any such plan.  Plaintiffs are therefore precluded from asserting any ERISA claims against Answering Defendants.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Preemption)**

181.    As an nineteenth and separate affirmative defense, Answering Defendants allege that to the extent plaintiffs' state law pendent claims for relief relate to one or more employee benefit plans subject to federal provisions for or related to ERISA, such claims are preempted by ERISA and plaintiffs' remedies, if any, are limited to those provided for pursuant to pertinent provisions of ERISA.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Failure to Plead Fraud with Particularity)**

182.    As an twentieth and separate affirmative defense, Answering Defendants assert that to the extent plaintiffs' claims against Answering Defendants are based upon alleged fraud, such claims should be dismisses for failure to plead the allegations with sufficient particularity.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Comparative Fault)**

183.    As an twenty-first and separate affirmative defense, Answering Defendants assert that the fault, if any, of Answering Defendants, must be compared to and reduced by, the comparative fault of plaintiffs and any and all defendants or other parties whose fault in any way caused or contributed to plaintiffs' alleged damages.

/ / /

///

///

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST 'C' STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1   **TWENTY-SECOND AFFIRMATIVE DEFENSE**

2   **(Statute of Frauds)**

3       184.    As an twenty-second and separate affirmative defense, Answering Defendants are

4   informed and believe, and thereon allege, that the statute of frauds bars plaintiffs' claims.

5   **TWENTY-THIRD AFFIRMATIVE DEFENSE**

6   **(Parol Evidence)**

7       185.    As an twenty-third and separate affirmative defense, Answering Defendants are

8   informed and believe and thereon allege that the claims asserted in the complaint are barred by the

9   Parol Evidence Rule.

10  **TWENTY-FOURTH AFFIRMATIVE DEFENSE**

11  **(Performance Excused)**

12      186.    As an twenty-fourth and separate affirmative defense, Answering Defendants

13  assert that each and every claim for relief in plaintiffs' complaint is barred because Answering

14  Defendants performed or were excused from performing any and all contractual, statutory, or other

15  duties that may have been owed to plaintiffs.  Answering Defendants are excused from performing

16  any obligation based upon plaintiffs failure to perform their obligations or other duties.

17  **TWENTY-FIFTH AFFIRMATIVE DEFENSE**

18  **(Failure to Join Indispensable Partie)**

19      187.    As an twenty-fifth and separate affirmative defense, Answering Defendants are

20  informed and believe and thereon allege that plaintiffs have failed to join indispensable parties

21  whose presence is required for adequate adjudication of the claims.

22  **TWENTY-SIXTH AFFIRMATIVE DEFENSE**

23  **(Additional Defense Not Yet Known)**

24      188.    As an twenty-sixth and separate affirmative defense, Answering Defendants

25  reserve the right to assert additional affirmative defenses as may be revealed during discovery and

26  as justice requires.

27  ///

28  ///

1

## **DEMAND FOR JURY TRIAL**

2      189.    Defendants hereby demands a jury trial as to all issues framed by the pleadings

3   pursuant to Rule 38(b), F.R.C.P. and L.R. 38-1.

4

## **PRAYER**

5      WHEREFORE, Answering Defendants pray that plaintiffs take nothing by way of their

6   complaint, that the Court enter judgment for Answering Defendants, that the Court award

7   Answering Defendants their costs of suit and any recoverable attorneys' fees, and for such other

8   relief as the Court deems appropriate.

9

10

11   DATED: September 8, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

12

13

14          By _____/s/_____

                   Peter L. Garchie
15                 Karen L. Rogan
                   Attorneys for Jerry Waage and Proverbial Investments,
16                 Inc.

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1

**FEDERAL COURT PROOF OF SERVICE**
File No. 08CV1140JMRBB

2

TJRK, INC., et al.v. Scott Waage, et al.

3

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

4

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101. I am employed

5

in the office of a member of the bar of this Court at whose direction the service was made.

6

On September 9, 2008, I served the following document(s):

7

**AMENDED ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

8

I served the documents on the following persons at the following addresses (including fax

9

numbers and e-mail addresses, if applicable):

10

Marc S. Schecter, Esq
Susan L. Meter, Esq.

11

Butterfield Schecter
10616 Scripps Summit Court, Suite 200

12

San Diego, CA 92131

13

Michael T. Hornak, Esq.
Rutan & Tucker LLP

14

611 Anton Blvd., 14th Floor
Costa Mesa, CA 92626

15

16

Heather L. Rosing, Esq.
Gregor A. Hensrude, Esq.
Klinedinst PC

17

501 West Broadway, Suite 500
San Diego, CA 92101

18

19

The documents were served by the following means:

20

[ ]    (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package

21

with the U.S. Postal Service, with the postage fully prepaid.

22

[X]    BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification

23

of that filing to the persons listed above.

24

I declare under penalty of perjury under the laws of the State of California that the above is

25

true and correct.

26

Executed on September 9, 2008, at San Diego, California.

27

28

_____
Christine Jordan

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

4846-8000-1538.1