UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TJRK, INC., a California corporation; JOSEPH CHRISTENSON, an individual; and PATRICIA CHRISTENSON, an individual, <br><br> Plaintiff, <br> v. <br><br> SCOTT WAAGE, an individual; THE WAAGE LAW FIRM, a California professional corporation; JERRY WAAGE, an individual; PROVERBIAL INVESTMENTS, INC., an Iowa corporation; ROBERT JENSEN, an individual; INDIANAPOLIS LIFE INSURANCE COMPANY, AN AMERUS COMPANY, nka AVIVA USA corporation, an Iowa corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.08cv1140 JM(RBB) <br><br> ORDER GRANTING JOINT MOTION TO DISMISS ACTION [Docket No. 35] |

Upon the joint motion of the parties [Docket No. 35], this matter is dismissed in its entirety.

IT IS SO ORDERED.

DATED: February 13, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

1

08cv1140